1  JONATHAN G. LATTIE, ESQ.
   Nevada State Bar No. 7058
2  TERESA A. LIBERTINO, ESQ.
   Nevada State Bar No. 9103
3  **LATTIE │ MALANGA │ LIBERTINO, LLP**
   7945 West Sahara Avenue, Suite 108
4  Las Vegas, Nevada 89117
   (702) 655-4949
5
   DAVID T. PURSIANO, ESQ.
6  Nevada State Bar No. 5464
   LAUREL L. BARRY, ESQ.
7  Nevada State Bar No. 10311
8  **PURSIANO BARRY BRUCE LAVELLE, LLP**
   851 S. Rampart Blvd., Ste. 260
9  Las Vegas, NV 89145

10 Attorneys for Plaintiffs

11                 **UNITED STATES DISTRICT COURT**

12                      **DISTRICT OF NEVADA**

13

14 BRITTANY & ANTHONY LOPEZ, Husband          Case No. 2:16-cv-01754-GMN-CWH
   and Wife; PAULA EARL-MCCONICO &
15 WILLIE MCCONICO, Husband and Wife;
   MARTIN & VERONICA FREEMAN, Husband
16 and Wife; TIMMY LE & NGUYEN TRINH,         **STIPULATION         AND        ORDER**
   Husband   and   Wife;   GERDA   PIERROT;   **CONTINUING DATE FOR PLAINTIFFS'**
17 SHAWN YBARRA; SHELBY MCEVOY &              **RESPONSE TO DEFENDANTS' MOTION**
   KENNETH PFEIFER, Husband and Wife;         **TO DISMISS PLAINTIFFS' COMPLAINT**
18 PABLO   ECHEVARRIA    &   PATREASE         **AND DATE TO FILE JOINT STATUS**
   ASHLEY, Husband and Wife; NICHOLAS         **REPORT AND MOVE FOR REMAND**
19 SPELDRICH & MARYANN UNDIS; SHUREN
   ZHANG & PING YUE, Husband and Wife;        **(First Request)**
20 ROBYN COOPER; LINDA YARBROUGH;
   SOON    LEWIS;    NICOLE    JENKINS;
21 MATTHEW    BACHMAN    &   TIMOTHY
   THOMPSON; STEVE FELDMAN; JENNIFER
22 DURHAM; JENNIFER HOUGHLAND; SETH
   & KRISTAL MACKERT, Husband and Wife;
23 LILLIE A BANKS; NATHAN & KYLEE
   REEDER;    DEREK    BAO    &   NICOLE
24 SHINAVER, Husband and Wife; JEROME A
   REYES; PAUL E. MELENDEZ; SCOTT &
25 HOLLY WORTLEY, Husband and Wife,

26            Plaintiffs,

27       v.

28 U.S.    HOME    CORPORATION    AND

1  GREYSTONE NEVADA, LLC; and DOES 1
   through 100, inclusive,
2
                    Defendants.
3

4        Plaintiffs and Defendants by and through their respective counsel hereby stipulate to extend

5  Plaintiffs' time for responding to Defendants' motion to dismiss Plaintiffs' complaint by fifteen (15)

6  days to **September 2, 2016**.  Defendants' motion to dismiss Plaintiffs' complaint was filed on August

7  1, 2016.   (ECF No. 5).   Plaintiffs' response to Defendants' motion to dismiss the complaint is

8  currently due on August 18, 2016.   Pursuant to this stipulation, Plaintiffs' response will be due on

9
   September 2, 2016.  This extension is requested because Plaintiffs need additional time to respond to
10
   Defendants' motion and because the parties are discussing a potential agreement to resolve some, if
11
12 not all of the case or issues that are the subject of Defendants' motion.  This is the first stipulation for

13 an extension of the Plaintiffs' time to respond to Defendants' motion to dismiss Plaintiffs' complaint.

14       In following, and to help promote the parties attempt to agree on resolution of some, if not all

15 pending claims, Plaintiffs and Defendants also stipulate to extend the date to provide a Joint Status
16
   Report by fifteen (15) days to September 8,2016 and for Plaintiffs to motion the Court to remand the
17
18 case to State Court by fifteen (15) days to September 8, 2016.

                                     **ORDER**
19
20 **IT IS HEREBY ORDERED** that the deadline for Plaintiffs to file a response to Defendants'
   Motion to Dismiss is extended to September 2, 2016.
21
22 **IT IS FURTHER ORDERED** that the parties' deadline to file a joint status report is extended
   to September 8, 2016.
23
24 **IT IS FURTHER ORDERED** that the parties' request to extend the deadline to file a motion
   to remand is **DENIED**. Pursuant to 28 U.S.C. § 1447, "[a] motion to remand the case on the
25 basis of any defect other than lack of subject matter jurisdiction must be made within 30 days
   after the filing of the notice of removal under section 1446(a)."
26

27 DATED this  23  day of August, 2016.

28                                        UNITED STATES DISTRICT COURT JUDGE

1   ///

2       Defendants filed their Petition for Removal on July 25, 2016. (ECF No. 1)  This is the first

3   stipulation for extensions of time to provide a Joint Status Report and Motion to Remand.

4

5

6   DATED this 17th day of August, 2016          DATED this 17th day of August, 20116

7   **LATTIE MALANGA LIBERTINO, LLP**          **PAYNE & FEARS** LLP

8

9   By:                                        By: /s/ Gregory H. King
    Jonathan G. Lattie, NV Bar No. 7058        Gregory H. King, NV Bar No. 7777
10  7945 W. Sahara Ave., Ste. 108              Sarah Odia, NV Bar No. 11053
    Las Vegas, NV 89117                        7251 W. Lake Mead Blvd., Suite 525
11  Tel. (702) 655-4949                        Las Vegas, Nevada 89128
12  Attorneys for Plaintiffs                   Tel. (702) 851-0300
                                               Attorneys for Defendants
13

14  DATED this 17th day of August, 2016

15  **PURSIANO BARRY BRUCE**
16  **LAVELLE, LLP**

17  By: /s/ David T. Pursiano
18  David T. Pursiano, NV Bar No. 5464
    Laurel L. Barry, NV Bar No. 10311
19  851 S. Rampart Blvd., Ste. 260
    Las Vegas, NV 89145
20  Attorneys for Plaintiffs

21

22

23

24

25

26

27

28