DAVID T. PURSIANO, ESQ.
Nevada Bar No. 5464
LAUREL L. BARRY, ESQ.
Nevada Bar No. 10311
PURSIANO BARRY BRUCE LAVELLE, LLP
851 S. Rampart Blvd., Suite 260
Las Vegas, NV 89145
(702) 233-3063

TERESA A. LIBERTINO, ESQ.
Nevada State Bar No. 009103
JONATHAN G. LATTIE, ESQ.
Nevada State Bar No. 007058
LATTIE MALANGA LIBERTINO, LLP
7945 West Sahara Avenue Suite 108
Las Vegas, NV 89117
(702) 655-4949

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, | Case No. 2:16-cv-01754-GMN-CWH<br><br>[PROPOSED] ORDER REMOVING COUNSEL FROM CM/ECF SERVICE LIST AS ATTORNEY FOR PLAINTIFFS |

PURSIANO BARRY BRUCE LAVELLE, LLP
851 S. Rampart Blvd., Suite 260
Las Vegas, NV 89145
Tel. No. (702) 233-3063; Facsimile No. (702) 233-3064

Page 1

Husband and Wife; LILLIE A. BANKS; )
NATHAN & KYLEE REEDER; DEREK )
BAO & NICOLE SHINAVAR, Husband )
and Wife; JEROME A. REYES; PAUL )
E. MELENDEZ; SCOTT & HOLLY )
WORTLEY, Husband and Wife, )
                                    )
       Plaintiffs, )
                                    )
v. )
                                    )
US HOME CORPORATION AND )
GREYSTONE NEVADA, LLC; and )
DOES 1 through 100, inclusive; )
                                    )
      Defendants. )
_____)

       This matter is before the Court on Plaintiffs Lopez et al Ex Parte Motion to Remove Counsel from CM/ECF Service List. James V. Lavelle, III, Esq., who has not actively practiced with the firm since August 2014, was inadvertently and mistakenly listed as one of the attorneys for Plaintiffs in the above captioned matter. David T. Pursiano, Esq. and Laurel L. Barry, Esq. of the law firm of PURSIANO BARRY BRUCE LAVELLE, LLP, and Jonathan G. Lattie, Esq. of the law firm LATTIE MALANGA LIBERTINO, LLP request that James V. Lavelle III and his e-mail address lleon@pbblawoffices.com be removed from the electronic mailing list.

       Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiffs' motion for removal from the electronic service list (ECF No. __31__) be

///

///

///

GRANTED. The Clerk is instructed to remove the aforementioned counsel and corresponding email address.

**IT IS SO ORDERED.**

DATED: February 27, 2017

_____
UNITED STATES MAGISTRATE JUDGE

Prepared and submitted by:

**PURSIANO BARRY BRUCE LAVELLE LLP**

/s/ Laurel L. Barry, Esq.
DAVID T. PURSIANO, ESQ.
Nevada Bar No. 005464
LAUREL L. BARRY, ESQ.
Nevada State Bar No. 010311
851 S. Rampart Blvd., Ste. #260
Las Vegas, NV 89145

Teresa A. Libertino, Esq.
Nevada State Bar No. 009103
Jonathan G. Lattie, Esq.
Nevada State Bar No. 007058
LATTIE MALANGA LIBERTINO, LLP
7945 West Sahara Avenue Suite 108
Las Vegas, NV 89117
(702) 655-4949

Attorneys for the Plaintiffs