Gregory H. King
Nevada Bar No. 7777
ghk@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants and Third-Party Plaintiffs
U.S. HOME CORPORATION
and GREYSTONE NEVADA, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife,<br><br>            Plaintiffs,<br><br>     v.<br><br>U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:16-cv-01754-GMN-CWH<br><br>**ORDER OF DISMISSAL OF GREYSTONE NEVADA, LLC AND U.S. HOME CORPORATION'S THIRD-PARTY COMPLAINT AGAINST PACIFIC ELECTRIC, INC. fka JOHNSON ELECTRIC, INC., WITHOUT PREJUDICE** |

4836-7763-8470.1

1  U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC,

2            Third-Party Plaintiffs.

3      v.

4

5  THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; AMERICAN ASPHALT & GRADING

6  COMPANY, a Nevada corporation, RCR PLUMBING AND MECHANICAL, INC., a

7  California corporation; ATRIUM DOOR AND WINDOW COMPANY – WEST COAST, a

8  Delaware Corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a

9  Delaware corporation; ALLARD ENTERPRISES, INC. dba AR IRON, a

10 Nevada corporation; BEE-LURE PAINTING, a Nevada close corporation; BANKER

11 INSULATION, INC., an Arizona corporation; BRASS2COPPER MECHANICAL, INC., a

12 Nevada corporation; BURNHAM PAINTING & DRYWALL CORP., a Nevada close-

13 corporation; CBC FRAMING, INC., a California corporation; C CONSTRUCTION,

14 INC., a Delaware corporation; SELECTBUILD CORPORATION, INC., a

15 Delaware corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada

16 corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada limited-

17 liability company; CHICAGO PAINTING, INC., a Nevada corporation; CONCRETE

18 SERVICES, INC., a Nevada corporation; CONTRACT DÉCOR, INC., an Oklahoma

19 corporation; COOPER ROOFING CO.; a Nevada corporation; COOPER ROOFING

20 CO., INC., a Nevada corporation; LUKESTAR CORPORATION dba

21 CHAMPION MASONRY, a Nevada corporation; CUSTOM HEARTH

22 DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a

23 Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba

24 DECK SYSTEMS NEVADA, a Nevada corporation; DISTINCTIVE MARBLE, INC.,

25 an Arizona corporation; DOUBLE A ELECTRIC, LLC, a Nevada limited-liability

26 company; DRI RESIDENTIAL CORPORATION – NEVADA, a Nevada

27 corporation; DRI RESIDENTIAL CORPORATION, a California corporation;

28 EAGLE PLASTERING, INC. fka

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NEVADA 89128
(702) 851-0300

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NEVADA 89128
(702) 851-0300

| | |
|---|---|
| 1 | SUNDANCE PLASTERING, a Nevada corporation; EXECUTIVE PLASTERING, INC., a Nevada corporation; EXECUTIVE PLUMBING, INC., a Nevada corporation; EXTREME CONCRETE, LLC, a Nevada limited-liability company; TRUE TEAM PARTNER, LLC dba GALE BUILDING PRODUCTS, a Nevada limited-liability company; GENERAL ELECTRIC COMPANY, a New York corporation; HARRISON DOOR COMPANY, a Nevada corporation; HOUSTON-STAFFORD ELECTRIC, INC., a Texas corporation; HOUSTON-STAFFORD ELECTRICAL CONTRACTORS LIMITED PARTNERSHIP, a Texas limited partnership; INFINITY BUILDING PRODUCTS, LLC, an Arizona limited-liability company; HUTCHINS DRYWALL, INC., a Nevada corporation; INTERSTATE PLUMBING & AIR CONDITIONING, LLC,  a Nevada limited-liability company; JAYAR MANUFACTURING, INC., a Texas corporation; JOHNSON ELECTRIC, INC., a Nevada corporation; KNIPP BROTHERS, INC. dba KBI CONSTRUCTION, an Arizona corporation; K&K DOOR & TRIM, LLC, a Nevada limited-liability company; K&K FRAMERS, LLC, a Nevada limited-liability company; KENNINGTON PLASTERING NEVADA, a Nevada corporation; LARRY METHVIN INSTALLATIONS, INC., a California corporation; LAS VEGAS CULTURED MARBLE, INC., a Nevada corporation; MASCO CABINETRY, LLC, a Michigan limited-liability company; MERILLAT INDUSTRIES, INC., a Michigan corporation; THE MASONRY GROUP NEVADA, INC., a Nevada corporation; NEVADA COUNTERTOP CORPORATION, a Nevada corporation; POWER HOUSE PLASTERING, a Nevada corporation; HIRSCHI MASONRY, LLC, a Nevada limited-liability company, NEVADA STAIRS, INC., a Nevada corporation; NEW CRETE, LLC, a Nevada limited-liability company; PETERSEN-DEAN, INC., a California company; QUALITY BUILT, LLC, a California limited-liability company; QUALITY WOOD PRODUCTS, LTD., a Nevada corporation; RED ROCK MECHANICAL, LLC, a Nevada limited liability company; WEST COAST AIR CONDITIONING, LLC, a Nevada limited-liability company; REPUBLIC ELECTRIC, |

| | |
|---|---|
| 1 | INC., a Nevada corporation; ROADRUNNER DRYWALL CORP., a Nevada corporation; |
| 2 | SBS CONSTRUCTION, INC., a Nevada corporation; SELECTBUILD |
| 3 | CONSTRUCTION, INC., a Delaware corporation; SILVER STATE STEEL |
| 4 | GROUP, INC., a Nevada corporation; SIERRA AIR CONDITIONING, INC., a |
| 5 | Nevada corporation; SILVER STATE FIREPLACES, INC., a Nevada corporation; |
| 6 | SOUTHWEST GLAZING & WINDOWS, LLC, a Nevada limited-liability company; |
| 7 | STATE INSULATION, LLC, a Nevada limited-liability company; SUN CITY |
| 8 | LANDSCAPES & LAWN MAINTENANCE, INC., a Nevada corporation; SUNRISE |
| 9 | CARPENTRY, INC., an Arizona corporation; T AND F MARBLE & GRANITE, INC., a |
| 10 | Nevada corporation; AMERICAN WOODMARK CORP. dba TIMBERLAKE |
| 11 | CABINET COMPANY, a Nevada corporation; AMENDE' CABINET |
| 12 | CORPORATION dba TIMBERLAKE CABINET COMPANY, a Virginia |
| 13 | corporation; T&R PAINTING AND DRYWALL, LLC, a Nevada limited-liability |
| 14 | company; T&R CONCRETE REPAIR AND DESIGN, INC., a Utah corporation; TITAN |
| 15 | STAIRS & TRIM, INC., a Nevada corporation; TOWER BUILDERS, LLC, a |
| 16 | Nevada limited-liability company; TRI-CITY DRYWALL, INC., a Nevada corporation; |
| 17 | ULTIMATE ELECTRONICS, INC., a Delaware corporation; UNIQUE-SCAPE |
| 18 | AND DESIGN, a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada |
| 19 | limited-liability company; WESTERN SHOWER DOOR, INC., a Nevada |
| 20 | corporation; WEST COAST COUNTERTOPS, INC., a Nevada |
| 21 | corporation; WEST COAST PROPERTY CONSULTANTS, INC., a California |
| 22 | corporation; WESTCOR CONSTRUCTION, a Nevada corporation; XO WINDOWS |
| 23 | NEVADA, LLC, a Nevada corporation; and ZEPEDA BROS. PAINT & DRYWALL, |
| 24 | LLC, a Nevada limited-liability company, |
| 25 | Third-Party Defendants. |
| 26 | |
| 27 | // |
| 28 | // |

4836-7763-8470.1                      -4-

Pursuant to NRCP 41(a)(1), defendants/third-party plaintiffs Greystone Nevada, LLC and U.S. Home Corporation hereby dismiss their third-party complaint in the above action, **without prejudice**, against third-party defendant Pacific Electric, Inc. fka Johnson Electric, Inc. only, which entity has not appeared in this matter.

DATED: March 29, 2017

PAYNE & FEARS LLP

By  */s/ Sarah J. Odia*
GREGORY H. KING, NV Bar No. 7777
SARAH J. ODIA, NV Bar No. 11053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Tel. (702) 851-0300

Attorneys for Defendants and Third-Party Plaintiffs GREYSTONE NEVADA, LLC and US HOME CORPORATION

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

**DATED** this  4  day of April, 2017.