Gregory H. King
Nevada Bar No. 7777
ghk@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd, Suite 220
Las Vegas, NV 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants and Third-Party Plaintiffs
U.S. HOME CORPORATION
and GREYSTONE NEVADA, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife, <br><br>Plaintiffs, <br><br>v. <br><br>U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC; and DOES 1 through 100, inclusive, <br><br>Defendants. | Case No. 2:16-cv-01754-GMN-CWH <br><br>**ORDER OF DISMISSAL OF GREYSTONE NEVADA, LLC AND U.S. HOME CORPORATION'S THIRD-PARTY COMPLAINT AGAINST TRUETEAM PARNER, LLC DBA GALE BUILDING PRODUCTS WITHOUT PREJUDICE** |

4824-5012-6662.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

| | |
|---|---|
| 1 | U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC, |
| 2 | |
| | Third-Party Plaintiffs. |
| 3 | |
| | v. |
| 4 | |
| 5 | THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; AMERICAN ASPHALT & GRADING |
| 6 | COMPANY, a Nevada corporation, RCR PLUMBING AND MECHANICAL, INC., a |
| 7 | California corporation; ATRIUM DOOR AND WINDOW COMPANY – WEST COAST, a |
| 8 | Delaware Corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a |
| 9 | Delaware corporation; ALLARD ENTERPRISES, INC. dba AR IRON, a |
| 10 | Nevada corporation; BEE-LURE PAINTING, a Nevada close corporation; BANKER |
| 11 | INSULATION, INC., an Arizona corporation; BRASS2COPPER MECHANICAL, INC., a |
| 12 | Nevada corporation; BURNHAM PAINTING & DRYWALL CORP., a Nevada close- |
| 13 | corporation; CBC FRAMING, INC., a California corporation; C CONSTRUCTION, |
| 14 | INC., a Delaware corporation; SELECTBUILD CORPORATION, INC., a |
| 15 | Delaware corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada |
| 16 | corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada limited- |
| 17 | liability company; CHICAGO PAINTING, INC., a Nevada corporation; CONCRETE |
| 18 | SERVICES, INC., a Nevada corporation; CONTRACT DÉCOR, INC., an Oklahoma |
| 19 | corporation; COOPER ROOFING CO.; a Nevada corporation; COOPER ROOFING |
| 20 | CO., INC., a Nevada corporation; LUKESTAR CORPORATION dba |
| 21 | CHAMPION MASONRY, a Nevada corporation; CUSTOM HEARTH |
| 22 | DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a |
| 23 | Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba |
| 24 | DECK SYSTEMS NEVADA, a Nevada corporation; DISTINCTIVE MARBLE, INC., |
| 25 | an Arizona corporation; DOUBLE A ELECTRIC, LLC, a Nevada limited-liability |
| 26 | company; DRI RESIDENTIAL CORPORATION – NEVADA, a Nevada |
| 27 | corporation; DRI RESIDENTIAL CORPORATION, a California corporation; |
| 28 | EAGLE PLASTERING, INC. fka |

SUNDANCE PLASTERING, a Nevada corporation; EXECUTIVE PLASTERING, INC., a Nevada corporation; EXECUTIVE PLUMBING, INC., a Nevada corporation; EXTREME CONCRETE, LLC, a Nevada limited-liability company; TRUE TEAM PARTNER, LLC dba GALE BUILDING PRODUCTS, a Nevada limited-liability company; GENERAL ELECTRIC COMPANY, a New York corporation; HARRISON DOOR COMPANY, a Nevada corporation; HOUSTON-STAFFORD ELECTRIC, INC., a Texas corporation; HOUSTON-STAFFORD ELECTRICAL CONTRACTORS LIMITED PARTNERSHIP, a Texas limited partnership; INFINITY BUILDING PRODUCTS, LLC, an Arizona limited-liability company; HUTCHINS DRYWALL, INC., a Nevada corporation; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited-liability company; JAYAR MANUFACTURING, INC., a Texas corporation; JOHNSON ELECTRIC, INC., a Nevada corporation; KNIPP BROTHERS, INC. dba KBI CONSTRUCTION, an Arizona corporation; K&K DOOR & TRIM, LLC, a Nevada limited-liability company; K&K FRAMERS, LLC, a Nevada limited-liability company; KENNINGTON PLASTERING NEVADA, a Nevada corporation; LARRY METHVIN INSTALLATIONS, INC., a California corporation; LAS VEGAS CULTURED MARBLE, INC., a Nevada corporation; MASCO CABINETRY, LLC, a Michigan limited-liability company; MERILLAT INDUSTRIES, INC., a Michigan corporation; THE MASONRY GROUP NEVADA, INC., a Nevada corporation; NEVADA COUNTERTOP CORPORATION, a Nevada corporation; POWER HOUSE PLASTERING, a Nevada corporation; HIRSCHI MASONRY, LLC, a Nevada limited-liability company, NEVADA STAIRS, INC., a Nevada corporation; NEW CRETE, LLC, a Nevada limited-liability company; PETERSEN-DEAN, INC., a California company; QUALITY BUILT, LLC, a California limited-liability company; QUALITY WOOD PRODUCTS, LTD., a Nevada corporation; RED ROCK MECHANICAL, LLC, a Nevada limited liability company; WEST COAST AIR CONDITIONING, LLC, a Nevada limited-liability company; REPUBLIC ELECTRIC,

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

INC., a Nevada corporation; ROADRUNNER DRYWALL CORP., a Nevada corporation; SBS CONSTRUCTION, INC., a Nevada corporation; SELECTBUILD CONSTRUCTION, INC., a Delaware corporation; SILVER STATE STEEL GROUP, INC., a Nevada corporation; SIERRA AIR CONDITIONING, INC., a Nevada corporation; SILVER STATE FIREPLACES, INC., a Nevada corporation; SOUTHWEST GLAZING & WINDOWS, LLC, a Nevada limited-liability company; STATE INSULATION, LLC, a Nevada limited-liability company; SUN CITY LANDSCAPES & LAWN MAINTENANCE, INC., a Nevada corporation; SUNRISE CARPENTRY, INC., an Arizona corporation; T AND F MARBLE & GRANITE, INC., a Nevada corporation; AMERICAN WOODMARK CORP. dba TIMBERLAKE CABINET COMPANY, a Nevada corporation; AMENDE' CABINET CORPORATION dba TIMBERLAKE CABINET COMPANY, a Virginia corporation; T&R PAINTING AND DRYWALL, LLC, a Nevada limited-liability company; T&R CONCRETE REPAIR AND DESIGN, INC., a Utah corporation; TITAN STAIRS & TRIM, INC., a Nevada corporation; TOWER BUILDERS, LLC, a Nevada limited-liability company; TRI-CITY DRYWALL, INC., a Nevada corporation; ULTIMATE ELECTRONICS, INC., a Delaware corporation; UNIQUE-SCAPE AND DESIGN, a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; WESTERN SHOWER DOOR, INC., a Nevada corporation; WEST COAST COUNTERTOPS, INC., a Nevada corporation; WEST COAST PROPERTY CONSULTANTS, INC., a California corporation; WESTCOR CONSTRUCTION, a Nevada corporation; XO WINDOWS NEVADA, LLC, a Nevada corporation; and ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada limited-liability company,

     Third-Party Defendants.

//

//

4824-5012-6662.1       -4-

Pursuant to NRCP 41(a)(1), defendants/third-party plaintiffs Greystone Nevada, LLC and U.S. Home Corporation hereby dismiss their third-party complaint in the above action, **without prejudice**, against third-party defendant TrueTeam Parner, LLC dba Gale Building Products only, which entity has not appeared in this matter.

DATED: April 11, 2017  PAYNE & FEARS LLP

By  */s/ Sarah J. Odia*
GREGORY H. KING, NV Bar No. 7777
SARAH J. ODIA, NV Bar No. 11053
6385 S. Rainbow Blvd, Suite 220
Las Vegas, NV 89118
Tel. (702) 851-0300

Attorneys for Defendants and Third-Party Plaintiffs GREYSTONE NEVADA, LLC and US HOME CORPORATION

### ORDER

**IT IS HEREBY ORDERED** that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c)(1), the Court DISMISSES Third-Party Defendant TrueTeam Partner, LLC dba Gale Building Products. The Court notes, however, that pursuant to these Rules, a court order is not required to file "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this __14__ day of April, 2017.