Gregory H. King
Nevada Bar No. 7777
ghk@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd, Suite 220
Las Vegas, NV 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants and Third-Party Plaintiffs
U.S. HOME CORPORATION
and GREYSTONE NEVADA, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife, <br><br>Plaintiffs, <br><br>v. <br><br>U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC; and DOES 1 through 100, inclusive, <br><br>Defendants. | Case No. 2:16-cv-01754-RFB-CWH <br><br>**JOINT UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** <br><br>**(SECOND REQUEST)** |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

1 U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC,

2                Third-Party Plaintiffs.

3

4     v.

5 THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; AMERICAN ASPHALT & GRADING

6 COMPANY, a Nevada corporation, RCR PLUMBING AND MECHANICAL, INC., a

7 California corporation; ALLARD ENTERPRISES, INC. dba AR IRON, a

8 Nevada corporation; BEE-LURE PAINTING, a Nevada close corporation; BANKER

9 INSULATION, INC., an Arizona corporation; BRASS2COPPER MECHANICAL, INC., a

10 Nevada corporation; BURNHAM PAINTING & DRYWALL CORP., a Nevada close-

11 corporation; CBC FRAMING, INC., a California corporation; CAMPBELL

12 CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC dba

13 CARPETS-N-MORE, a Nevada limited-liability company; CHICAGO PAINTING,

14 INC., a Nevada corporation; CONCRETE SERVICES, INC., a Nevada corporation;

15 CONTRACT DÉCOR, INC., an Oklahoma corporation; COOPER ROOFING CO.; a

16 Nevada corporation; COOPER ROOFING CO., INC., a Nevada corporation;

17 LUKESTAR CORPORATION dba CHAMPION MASONRY, a Nevada

18 corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada

19 corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S

20 DEVELOPMENT CORPORATION dba DECK SYSTEMS NEVADA, a Nevada

21 corporation; DISTINCTIVE MARBLE, INC., an Arizona corporation; DOUBLE A

22 ELECTRIC, LLC, a Nevada limited-liability company; DRI RESIDENTIAL

23 CORPORATION – NEVADA, a Nevada corporation; DRI RESIDENTIAL

24 CORPORATION, a California corporation; EAGLE PLASTERING, INC. fka

25 SUNDANCE PLASTERING, a Nevada corporation; EXECUTIVE PLASTERING,

26 INC., a Nevada corporation; EXECUTIVE PLUMBING, INC., a Nevada corporation;

27 EXTREME CONCRETE, LLC, a Nevada limited-liability company; GENERAL

28 ELECTRIC COMPANY, a New York

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

corporation; HARRISON DOOR COMPANY, a Nevada corporation; HOUSTON-STAFFORD ELECTRIC, INC., a Texas corporation; HOUSTON-STAFFORD ELECTRICAL CONTRACTORS LIMITED PARTNERSHIP, a Texas limited partnership; INFINITY BUILDING PRODUCTS, LLC, an Arizona limited-liability company; HUTCHINS DRYWALL, INC., a Nevada corporation; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited-liability company; JAYAR MANUFACTURING, INC., a Texas corporation; JOHNSON ELECTRIC, INC., a Nevada corporation; K&K DOOR & TRIM, LLC, a Nevada limited-liability company; K&K FRAMERS, INC., a Nevada corporation; KENNINGTON PLASTERING NEVADA, a Nevada corporation; LARRY METHVIN INSTALLATIONS, INC., a California corporation; LAS VEGAS CULTURED MARBLE, INC., a Nevada corporation; MASCO CABINETRY, LLC, a Michigan limited-liability company; THE MASONRY GROUP NEVADA, INC., a Nevada corporation; NEVADA COUNTERTOP CORPORATION, a Nevada corporation; POWER HOUSE PLASTERING, a Nevada corporation; HIRSCHI MASONRY, LLC, a Nevada limited-liability company, NEW CRETE, LLC, a Nevada limited-liability company; PETERSEN-DEAN, INC., a California company; QUALITY WOOD PRODUCTS, LTD., a Nevada corporation; RED ROCK MECHANICAL, LLC, a Nevada limited liability company; SACRAMENTO INSULATION CONTRACTORS dba GALE BUILDING PRODUCTS; WEST COAST AIR CONDITIONING, LLC, a Nevada limited-liability company; REPUBLIC ELECTRIC, INC., a Nevada corporation; ROADRUNNER DRYWALL CORP., a Nevada corporation; SBS CONSTRUCTION, INC., a Nevada corporation; SILVER STATE STEEL GROUP, INC., a Nevada corporation; SIERRA AIR CONDITIONING, INC., a Nevada corporation; SILVER STATE FIREPLACES, INC., a Nevada corporation; SOUTHWEST GLAZING & WINDOWS, LLC, a Nevada limited-liability company; STATE INSULATION, LLC, a Nevada limited-liability company; SUN CITY LANDSCAPES & LAWN MAINTENANCE, INC., a Nevada corporation; SUNRISE CARPENTRY, INC., an Arizona corporation;

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

1 T AND F MARBLE & GRANITE, INC., a Nevada corporation; AMERICAN
2 WOODMARK CORP. dba TIMBERLAKE CABINET COMPANY, a Nevada
3 corporation; AMENDE' CABINET CORPORATION dba TIMBERLAKE
4 CABINET COMPANY, a Virginia corporation; T&R PAINTING AND
5 DRYWALL, LLC, a Nevada limited-liability company; T&R CONSTRUCTION GROUP
6 dba T&R PAINTING AND DRYWALL, INC., a Nevada corporation; TITAN STAIRS
7 & TRIM, INC., a Nevada corporation; TOWER BUILDERS, LLC, a Nevada limited-
8 liability company; TRI-CITY DRYWALL, INC., a Nevada corporation; ULTIMATE
9 ELECTRONICS, INC., a Delaware corporation; UNIQUE-SCAPE AND
10 DESIGN, a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability
11 company; WESTERN SHOWER DOOR, INC., a Nevada corporation; WEST COAST
12 COUNTERTOPS, INC., a Nevada corporation; WEST COAST PROPERTY
13 CONSULTANTS, INC., a California corporation; WESTCOR CONSTRUCTION, a
14 Nevada corporation; XO WINDOWS NEVADA, LLC, a Nevada corporation; and
15 ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada limited-liability company,
16
                    Third-Party Defendants.
17

18   Plaintiffs, Brittany and Anthony Lopez, *et al.* (hereinafter "Plaintiffs") and

19 Defendants/Third-Party Plaintiffs US Home Corporation and Greystone Nevada, LLC

20 (hereinafter collectively, "Developers"), by and through their respective counsel, hereby jointly

21 request that the Court continue the scheduling order's expert-disclosure deadlines by forty-five-

22 days to allow the parties additional time to work towards a global settlement before Plaintiffs incur

23 substantial costs by performing destructive testing of the homes involved in this construction

24 defect litigation. The requested amendment will not change the current discovery cut-off date.

25 All of the third-party defendants have been notified by Plaintiffs' and Developers of their intention

26 to file this motion and none of the third-party defendants oppose the continuance. Therefore, **this**

27 **motion is unopposed**. A copy of the proposed amended scheduling order is attached hereto as

28 **Exhibit "A."**

-4-

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

This motion is made and based upon the memorandum of points and authorities filed concurrently herewith, all pleadings and papers on file herein, the declarations attached hereto, and such oral argument as may be heard.

| | |
|---|---|
| Dated: August 11, 2017<br>PURSIANO BARRY BRUCE LAVELLE, LLP<br><br>By: /s/ David T. Pursiano<br>    David T. Pursiano, Esq.<br>    851 S. Rampart Blvd., Ste. 260<br>    Las Vegas, NV 89145<br>    Telephone: (702) 233-3063<br>Attorneys for Plaintiffs | Dated: August 11, 2017<br>PAYNE & FEARS LLP<br><br>By: /s/ Sarah J. Odia<br>    Gregory H. King, Esq.<br>    Sarah J. Odia, Esq.<br>    6385 S. Rainbow Blvd, Suite 220<br>    Las Vegas, NV 89118<br>    Telephone: (702) 851-0300<br>Attorneys for Defendants and Third-Party Plaintiffs US HOME CORPORATION and GREYSTONE NEVADA, LLC |
| Dated: August 11, 2017<br>LATTIE MALANGA LIBERTINO, LLP<br><br>By: /s/ Jonathan G. Lattie<br>    Jonathan G. Lattie, Esq.<br>    7945 W. Sahara Ave., Ste. 208<br>    Las Vegas, NV 89117<br>    Telephone: (702) 655-4949<br>Attorneys for Plaintiff s | |

## **MEMORANDUM OF POINTS AND AUTHORITIES**

### **I. CASE HISTORY AND CURRENT SCHEDULING ORDER**

This is a construction defect case involving 25 homes in the Sierra Ranch master community in North Las Vegas, Nevada. Plaintiffs' complaint was filed on June 22, 2016. (ECF No. 1-1). Developers removed this case to federal court on July 25, 2016 (ECF No. 1) and filed a motion to dismiss Plaintiffs' complaint on August 1, 2016. (ECF No. 5). This case was stayed from September 16, 2016 to February 1, 2017 while Developers' motion to dismiss the Plaintiffs' complaint was pending. (ECF No. 17, 26) Developers answered the complaint on March 22, 2017

-5-

(ECF No. 40) and filed a third-party complaint against over 80 third-party defendant subcontractors who performed work on the Plaintiffs' homes. (ECF No. 41). Many of the third-party defendant subcontractors are out of business, and therefore, the Developers have been working to notify their carriers of the lawsuit so that they can assign defense counsel and participate in the litigation. .

The original scheduling order was entered on March 22, 2017. (ECF No. 38). The scheduling order was amended on June 5, 2017. The current scheduling order deadlines are as follows:

| Date | Current Scheduling Order Deadline |
|---|---|
| 3/30/2017 | FRCP 26(a)(1) Initial Disclosures Exchanged |
| 9/11/17 | Plaintiffs' Final Expert Reports due (FRCP 26(a)(2)) |
| 10/11/17 | Developers' Final Expert Reports due |
| 11/10/17 | Third-Party Defendants' Final Expert Reports due |
| 12/22/17 | Last day to amend pleadings or add parties |
| 1/19/18 | Interim Status Report due |
| 3/22/18 | Discovery cut-off date |
| 4/20/18 | Last day to file dispositive motions |
| 5/21/18 | Joint Pretrial Order due |

The parties held mediations on May 30- May 31, 2017 and July 21, 2017. Developers have been able to reach settlements with over two-thirds of the third-party defendant subcontractors during the mediations, and are making settlement progress with additional parties. The parties continue to engage in settlement negotiations in an attempt to avoid, if possible, the Plaintiffs incurring substantial destructive testing costs. However, under the current scheduling order, Plaintiffs' final expert reports are due on September 11, 2017. In preparation for its final expert reports, Plaintiffs intend to destructively test all of the homes, at a substantial expense beginning on August 17, 2017 to meet this deadline. The parties would like to conduct further settlement negotiations to attempt to resolve this case before the Plaintiffs incur this expense.

## II. REQUEST TO AMEND THE SCHEDULING ORDER

Plaintiffs and Developers request that all of the expert disclosure deadlines in the scheduling order be continued by forty-five days to allow the parties additional time to work towards a global settlement before the Plaintiffs' incur the substantial expense of destructively testing all 25 homes involved in this action. The requested continuance will not change the discovery cut-off date of May 22, 2018. The amended scheduling order is attached hereto as Exhibit "A" and includes the following dates (the requested amended dates are in **bold**):

| Date | Amended Scheduling Order Deadline |
|---|---|
| 3/30/2017 | FRCP 26(a)(1) Initial Disclosures Exchanged |
| **10/24/17** | **Plaintiffs' Final Expert Reports due (FRCP 26(a)(2))** |
| **11/24/17** | **Developers' Final Expert Reports due** |
| **12/22/17** | **Third-Party Defendants' Final Expert Reports due** |
| 12/22/17 | Last day to amend pleadings or add parties |
| 1/19/18 | Interim Status Report due |
| 3/22/18 | Discovery cut-off date |
| 4/20/18 | Last day to file dispositive motions |
| 5/21/18 | Joint Pretrial Order due |

Plaintiffs and Developers notified all of the non-settled third-party defendant subcontractors of their intention to seek this continuance and asked that the respond with any opposition they may have before this motion was filed. None of the third-party defendants opposed the continuance. Therefore, **this joint motion is unopposed**. Further, good cause exists for the requested amended scheduling order because the parties have not been dilatory in litigating this action and amended scheduling order will facilitate the parties' settlement negotiations, and will accommodate the needs of this litigation.

| | |
|---|---|
| Dated: August 11, 2017<br>PURSIANO BARRY BRUCE LAVELLE, LLP<br><br>By: */s/ David T. Pursiano*<br>   David T. Pursiano, Esq.<br>   851 S. Rampart Blvd., Ste. 260<br>   Las Vegas, NV 89145<br>   Telephone: (702) 233-3063<br><br>Attorneys for Plaintiffs | Dated: August 11, 2017<br>PAYNE & FEARS LLP<br><br>By: */s/ Sarah J. Odia*<br>   Gregory H. King, Esq.<br>   Sarah J. Odia, Esq.<br>   6385 S. Rainbow Blvd, Suite 220<br>   Las Vegas, NV 89118<br>   Telephone: (702) 851-0300<br><br>Attorneys for Defendants and Third-Party Plaintiffs US HOME CORPORATION and GREYSTONE NEVADA, LLC |
| Dated: August 11, 2017<br>LATTIE MALANGA LIBERTINO, LLP<br><br>By: */s/ Jonathan G. Lattie*<br>   Jonathan G. Lattie, Esq.<br>   7945 W. Sahara Ave., Ste. 208<br>   Las Vegas, NV 89117<br>   Telephone: (702) 655-4949<br><br>Attorneys for Plaintiff s | |

SECOND Joint Motion to Amend Scheduling Order (Sierra Ranch) 4833-3402-7852 v.1.docx

# EXHIBIT "A"

# EXHIBIT "A"

Gregory H. King
Nevada Bar No. 7777
ghk@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd, Suite 220
Las Vegas, NV 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants and Third-Party Plaintiffs
U.S. HOME CORPORATION
and GREYSTONE NEVADA, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01754-RFB-CWH<br><br>**AMENDED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**[SPECIAL SCHEDULING REVIEW REQUESTED]** |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

| | |
|---|---|
| 1 | U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC, |
| 2 | |
| 3 | Third-Party Plaintiffs. |
| 4 | v. |
| 5 | THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; AMERICAN ASPHALT & GRADING |
| 6 | COMPANY, a Nevada corporation, RCR PLUMBING AND MECHANICAL, INC., a |
| 7 | California corporation; ALLARD ENTERPRISES, INC. dba AR IRON, a |
| 8 | Nevada corporation; BEE-LURE PAINTING, a Nevada close corporation; BANKER |
| 9 | INSULATION, INC., an Arizona corporation; BRASS2COPPER MECHANICAL, INC., a |
| 10 | Nevada corporation; BURNHAM PAINTING & DRYWALL CORP., a Nevada close- |
| 11 | corporation; CBC FRAMING, INC., a California corporation; CAMPBELL |
| 12 | CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC dba |
| 13 | CARPETS-N-MORE, a Nevada limited-liability company; CHICAGO PAINTING, |
| 14 | INC., a Nevada corporation; CONCRETE SERVICES, INC., a Nevada corporation; |
| 15 | CONTRACT DÉCOR, INC., an Oklahoma corporation; COOPER ROOFING CO.; a |
| 16 | Nevada corporation; COOPER ROOFING CO., INC., a Nevada corporation; |
| 17 | LUKESTAR CORPORATION dba CHAMPION MASONRY, a Nevada |
| 18 | corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada |
| 19 | corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S |
| 20 | DEVELOPMENT CORPORATION dba DECK SYSTEMS NEVADA, a Nevada |
| 21 | corporation; DISTINCTIVE MARBLE, INC., an Arizona corporation; DOUBLE A |
| 22 | ELECTRIC, LLC, a Nevada limited-liability company; DRI RESIDENTIAL |
| 23 | CORPORATION – NEVADA, a Nevada corporation; DRI RESIDENTIAL |
| 24 | CORPORATION, a California corporation; EAGLE PLASTERING, INC. fka |
| 25 | SUNDANCE PLASTERING, a Nevada corporation; EXECUTIVE PLASTERING, |
| 26 | INC., a Nevada corporation; EXECUTIVE PLUMBING, INC., a Nevada corporation; |
| 27 | EXTREME CONCRETE, LLC, a Nevada limited-liability company; GENERAL |
| 28 | ELECTRIC COMPANY, a New York corporation; HARRISON DOOR COMPANY, |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

1  a Nevada corporation; HOUSTON-
STAFFORD ELECTRIC, INC., a Texas
2  corporation; HOUSTON-STAFFORD
ELECTRICAL CONTRACTORS LIMITED
3  PARTNERSHIP, a Texas limited partnership;
INFINITY BUILDING PRODUCTS, LLC, an
4  Arizona limited-liability company;
HUTCHINS DRYWALL, INC., a Nevada
5  corporation; INTERSTATE PLUMBING &
AIR CONDITIONING, LLC,  a Nevada
6  limited-liability company; JAYAR
MANUFACTURING, INC., a Texas
7  corporation; JOHNSON ELECTRIC, INC., a
Nevada corporation; K&K DOOR & TRIM,
8  LLC, a Nevada limited-liability company;
K&K FRAMERS, INC., a Nevada
9  corporation; KENNINGTON PLASTERING
NEVADA, a Nevada corporation; LARRY
10 METHVIN INSTALLATIONS, INC., a
California corporation; LAS VEGAS
11 CULTURED MARBLE, INC., a Nevada
corporation; MASCO CABINETRY, LLC, a
12 Michigan limited-liability company; THE
MASONRY GROUP NEVADA, INC., a
13 Nevada corporation; NEVADA
COUNTERTOP CORPORATION, a Nevada
14 corporation; POWER HOUSE PLASTERING,
a Nevada corporation; HIRSCHI MASONRY,
15 LLC, a Nevada limited-liability company,
NEW CRETE, LLC, a Nevada limited-liability
16 company; PETERSEN-DEAN, INC., a
California company; QUALITY WOOD
17 PRODUCTS, LTD., a Nevada corporation;
RED ROCK MECHANICAL, LLC, a Nevada
18 limited liability company; SACRAMENTO
INSULATION CONTRACTORS dba GALE
19 BUILDING PRODUCTS; WEST COAST
AIR CONDITIONING, LLC, a Nevada
20 limited-liability company; REPUBLIC
ELECTRIC, INC., a Nevada corporation;
21 ROADRUNNER DRYWALL CORP., a
Nevada corporation; SBS CONSTRUCTION,
22 INC., a Nevada corporation; SILVER STATE
STEEL GROUP, INC., a Nevada corporation;
23 SIERRA AIR CONDITIONING, INC., a
Nevada corporation; SILVER STATE
24 FIREPLACES, INC., a Nevada corporation;
SOUTHWEST GLAZING & WINDOWS,
25 LLC, a Nevada limited-liability company;
STATE INSULATION, LLC, a Nevada
26 limited-liability company; SUN CITY
LANDSCAPES & LAWN MAINTENANCE,
27 INC., a Nevada corporation; SUNRISE
CARPENTRY, INC., an Arizona corporation;
28 T AND F MARBLE & GRANITE, INC.,  a
Nevada corporation; AMERICAN

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16 | WOODMARK CORP. dba TIMBERLAKE CABINET COMPANY, a Nevada corporation; AMENDE' CABINET CORPORATION dba TIMBERLAKE CABINET COMPANY, a Virginia corporation; T&R PAINTING AND DRYWALL, LLC, a Nevada limited-liability company; T&R CONSTRUCTION GROUP dba T&R PAINTING AND DRYWALL, INC., a Nevada corporation; TITAN STAIRS & TRIM, INC., a Nevada corporation; TOWER BUILDERS, LLC, a Nevada limited-liability company; TRI-CITY DRYWALL, INC., a Nevada corporation; ULTIMATE ELECTRONICS, INC., a Delaware corporation; UNIQUE-SCAPE AND DESIGN, a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; WESTERN SHOWER DOOR, INC., a Nevada corporation; WEST COAST COUNTERTOPS, INC., a Nevada corporation; WEST COAST PROPERTY CONSULTANTS, INC., a California corporation; WESTCOR CONSTRUCTION, a Nevada corporation; XO WINDOWS NEVADA, LLC, a Nevada corporation; and ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada limited-liability company,<br><br>            Third-Party Defendants. |

The above-named parties, by and through their respective counsel of record, hereby submit their Stipulated Discovery Plan and Scheduling Order pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1 for the Court's approval.

Special scheduling review is required pursuant to LR 26-1(d). Because this case involves construction defect allegations within 25 homes, the parties require more than 180 days for discovery. The parties request 365 days for discovery. Defendants have filed a third-party complaint against approximately 90 subcontractors who worked on the Plaintiffs' homes. The third-party defendants will request inspections of the Plaintiffs' homes. Further, Plaintiffs will need to complete its testing of the subject homes. Plaintiffs' experts will need time to prepare final defect lists and cost of repair estimates for the subject homes. The Defendants' and third-party defendants' experts will need time to inspect each of the defects alleged in each of the

-4-

residences and prepare expert reports and costs of repair. In addition, Defendants will require time to take the depositions of the owners of each of the 25 homes at issue in this case, as well as the parties' persons most knowledgeable, (PMKs), and experts. (Plaintiffs and third-party defendants will also need time to take the same from Defendants.)

1. **Meeting.**

Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1, a telephonic meeting was held on March 15, 2017, and was attended by: Sarah Odia, counsel for the Defendants, Jonathan Lattie, counsel for the Plaintiffs, and David Pursiano, counsel for the Plaintiffs.

2. **Initial Disclosures**.

The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by **March 30, 2017**, which is 14-days after the Rule 26(f) conference.

3. **Mediations**.

The parties may schedule mediations with mediator David S. Lee, Esq. All mediations must be attended by all parties and/or their representatives and their insurance carriers. The mediator's fees will be split between the parties, with the Plaintiffs, Defendants, and Third-Party Defendants each paying one-third (1/3) of the mediator's fees.

4. **Discovery Plan**.

The parties jointly propose to the Court the following discovery plan:

**Subject of Discovery**. Discovery will be needed on all issues raised in Plaintiffs' Complaint and NRS Chapter 40 notices, including the following subjects: Plaintiffs' claims for breach of implied warranties, breach of express warranties, negligence, and strict liability; damages, including computations and amounts. Further, discovery will be needed on all of Defendants' affirmative defenses that will be asserted in any answer Defendants' will ultimately file. Discovery will also be needed on all of the claims asserted in the Defendants' third-party complaint that Defendants will file.

**Should discovery be phased, limited or focused**: Not at this time, but each party reserves the right to make a motion of the Court on this issue at any time.

**Disclosure of electronically-stored information ("ESI")**: The Parties will set up a

document depository at Litigation Services. All disclosures and/or productions of documents will be deposited in the depository in electronic format on CD-ROM or DVD-ROM in .pdf format.

5. **Discovery Cut-Off Date**.

As required by LR 26-1(e )(1), Defendants filed their FRCP 12(b) motion to dismiss Plaintiffs' complaint on August 1, 2016. (ECF No. 5). Defendants' will file an answer to the complaint by March 22, 2017. The number of days required for discovery is 365 days from that date. Accordingly, Discovery is proposed to close on **March 22, 2018**, which is 365 days after Defendants will file their answer.

6. **Amending the Pleadings and Adding Parties**.

The parties shall have until **December 22, 2017,** to amend the pleadings or add additional parties. This is ninety (90) days prior to the close of discovery.

7. **Fed. R. Civ. P. 26(a)(2) Disclosure (Experts).**

Disclosures identifying Plaintiffs' experts and Plaintiffs' final expert reports shall be made by **October 24, 2017**. Disclosures identifying Defendants' experts and Defendants' expert reports shall be made by **November 24, 2017**. This is thirty-days after the deadline for Plaintiffs' expert disclosures. Disclosures identifying the Third-Party Defendants' experts and Third-Party Defendants' expert reports shall be made by **December 22, 2017**. This is thirty days after the deadline for Defendants' expert disclosures.

8. **Dispositive Motions**.

The parties shall have until **April 20, 2018**, to file dispositive motions. This is thirty (30) days after the close of discovery.

9. **Pretrial Order**.

The Joint Pretrial Order shall be filed no later than **May 21, 2018**. This is thirty (30) days after the date set for the filing of dispositive motions. In the even dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

10. **Stipulations Regarding Limitations or Conditions or Additional Discovery**.

The parties will proceed to engage in and supplement all discovery as permitted under the

Federal Rules of Civil Procedure and Local Court Rules of the District Court of Nevada, including, but not limited to depositions, interrogatories, requests for production of documents, requests for admissions and expert disclosures.

    **11.**    **Interim Status Report**.

On or before **January 19, 2018**, the parties shall file an Interim Status Report, as required by LR 26-3, stating the time estimated for trial, three alternative available dates for trial, and whether or not trial will be proceeding or affected by substantive motions.

    **12.**    **Later Appearing Parties**.

A copy of this discovery plan and scheduling order shall be served on any person served after it is entered, or, if additional Defendants shall appear, within five (5) days of their first appearance. This discovery plan and scheduling order shall apply to such later-appearing parties, unless the Court, on motion and for good cause shown, orders otherwise.

    **13.**    **Extension or Modification of the Discovery Plan and Scheduling Order.**

Applications to extend any date set by the discovery plan/scheduling order shall be received by the Court twenty (20) days before the date fixed for completion of discovery, or within twenty (20) days before the expiration of any extension thereof that may have been approved by the Court.

    **14.**    **Alternative Dispute Resolution/Mediation.**

The undersigned attorneys affirm they have met and conferred about the possibility of using alternative dispute resolution processes and they have agreed to the mediation protocols set forth herein.

    **15.**    **Alternative Forms of Case Disposition**. The undersigned parties certify that they have considered but have not consented to trial by a magistrate judge under 28 U.S.C. §63(c) and Fed. R. Civ. P. 73 and do not believe the matter complies for use of the Short Trial Program.

| | |
|---|---|
| DATED: | DATED: |
| LATTIE MALANGA LIBERTINO, LLP | PAYNE & FEARS LLP |
| By:_____ | By:_____ |
| Jonathan G. Lattie, NV Bar No. 7058 | Gregory H. King, NV Bar No. 7777 |
| 7945 W. Sahara Ave., Ste. 108 | Sarah Odia, NV Bar No. 11053 |
| Las Vegas, NV 89117 | 6385 S. Rainbow Blvd, Suite 220 |
| Tel. (702) 655-4949 | Las Vegas, NV 89118 |
| Attorneys for Plaintiffs | Tel. (702) 851-0300 |
| | Attorneys for Defendants and Third-Party Plaintiffs U.S. HOME CORPORATION and GREYSTONE NEVADA, LLC |

**ORDER**

**IT IS SO ORDERED.**

DATED: August 16, 2017

_____
UNITED STATES MAGISTRATE JUDGE

SECOND AMENDED Discovery Plan and Scheduling Order (Sierra Ranch) 4835-7500-3980 v.1.docx