SAO
Tomas V. Mazeika, Esq.
Nevada Bar No. 6053
FREDRICKSON, MAZEIKA & GRANT, LLP
518 South 9th Street
Las Vegas, NV 89101
(702) 384-4048
(702) 384-4484 (Facsimile)
tmazeika@fmglegal.com

*Attorneys for Third-Party Defendant,*
**MASCO CABINETRY, LLC**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife,<br><br>Plaintiffs,<br>vs.<br><br>US HOME CORPORATION, a Delaware corporation; KENNINGTON PLASTERING NEVADA, Nevada Corporation; THE AVANTI DOOR GROUP, INC., a Nevada corporation, K&K FRAMERS, LLC, a Nevada Limited-Liability Company; WESTCOR CONSTRUCTION, a Nevada Corporation; and DOES 1- 500, inclusive,<br><br>Defendants. | CASE NO.: 2:16-CV-01754-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT MASCO CABINETRY, LLC, WITH PREJUDICE** |

| | |
|---|---|
| 1 | U.S. HOME CORPORATION, a Delaware corporation, |
| 2 | Third-Party Plaintiff, |
| 3 | |
| | vs. |
| 4 | |
| | THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation, RCR PLUMBING AND MECHANICAL, INC., a California corporation; ATRIUM DOOR AND WINDOW COMPANY - WEST COAST, a Delaware Corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; ALLARD ENTERPRISES, INC. dba AR IRON, a Nevada corporation; BEE-LURE PAINTING, a Nevada close corporation; BANKER INSULATION, INC., an Arizona corporation; BRASS2COPPER MECHANICAL, INC., a Nevada corporation; BURNHAM PAINTING & DRYWALL CORP., a Nevada close corporation; CBC FRAMING, INC., a California corporation; C CONSTRUCTION, INC., a Delaware corporation; SELECTBUILD CORPORATION, INC., a Delaware corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada limited liability company; CHICAGO PAINTING, INC., a Nevada corporation; CONCRETE SERVICES, INC., a Nevada corporation; CONTRACT DECOR, INC., an Oklahoma corporation; COOPER ROOFING CO.; a Nevada corporation; COOPER ROOFING CO., INC., a Nevada corporation; LUKESTAR CORPORATION dba CHAMPION MASONRY, a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS NEVADA, a Nevada corporation; DISTINCTIVE MARBLE, INC., an Arizona corporation; DOUBLE A ELECTRIC, LLC, a Nevada limited-liability company; DRI RESIDENTIAL CORPORATION - NEVADA, a Nevada corporation; DRI RESIDENTIAL CORPORATION, a California corporation; EAGLE PLASTERING, INC. fka SUNDANCE PLASTERING, a Nevada corporation; EXECUTIVE PLASTERING, INC., a Nevada corporation; EXECUTIVE PLUMBING, INC., a Nevada corporation; EXTREME CONCRETE, LLC, a Nevada limited-liability company; TRUE TEAM PARTNER, LLC dba GALE BUILDING PRODUCTS, a Nevada limited-liability company; |

| | |
|---|---|
| 1 | GENERAL ELECTRIC COMPANY, a New York ) |
| | corporation; HARRISON DOOR COMPANY, a ) |
| 2 | Nevada corporation; HOUSTON-STAFFORD ) |
| | ELECTRIC, INC., a Texas corporation; ) |
| 3 | HOUSTON-STAFFORD ELECTRICAL ) |
| | CONTRACTORS LIMITED PARTNERSHIP, a ) |
| 4 | Texas limited partnership; INFINITY BUILDING ) |
| | PRODUCTS, LLC, an Arizona limited-liability ) |
| 5 | company; HUTCHINS DRYWALL, INC., a ) |
| | Nevada corporation; INTERSTATE PLUMBING ) |
| 6 | & AIR CONDITIONING, LLC, a Nevada ) |
| | limited-liability company; JAYAR ) |
| 7 | MANUFACTURING, INC., a Texas corporation; ) |
| | JOHNSON ELECTRIC, INC., a Nevada ) |
| 8 | corporation; KNIPP BROTHERS, INC. dba 181 ) |
| | CONSTRUCTION, an Arizona corporation; K&K ) |
| 9 | DOOR & TRIM, LLC, a Nevada limited-liability ) |
| | company; K&K FRAMERS, LLC, a Nevada ) |
| 10 | limited-liability company; KENNINGTON ) |
| | PLASTERING NEVADA, a Nevada corporation; ) |
| 11 | LARRY METHVIN INSTALLATIONS, INC., a ) |
| | California corporation; LAS VEGAS CULTURED ) |
| 12 | MARBLE, INC., a Nevada corporation; MASCO ) |
| | CABINETRY, LLC, a Michigan limited-liability ) |
| 13 | company; MERILLAT INDUSTRIES, INC., a ) |
| | Michigan corporation; THE MASONRY GROUP ) |
| 14 | NEVADA, INC., a Nevada corporation; NEVADA ) |
| | COUNTERTOP CORPORATION, a Nevada ) |
| 15 | corporation; POWER HOUSE PLASTERING, a ) |
| | Nevada corporation; HIRSCHI MASONRY, LLC, ) |
| 16 | a Nevada limited-liability company, NEVADA ) |
| | STAIRS, INC., a Nevada corporation; NEW ) |
| 17 | CRETE, LLC, a Nevada limited-liability company; ) |
| | PETERSEN-DEAN, INC., a California company; ) |
| 18 | QUALITY BUILT, LLC, a California ) |
| | limited-liability company; QUALITY WOOD ) |
| 19 | PRODUCTS, LTD., a Nevada corporation; RED ) |
| | ROCK MECHANICAL, LLC, a Nevada limited ) |
| 20 | liability company; WEST COAST AIR ) |
| | CONDITIONING, LLC, a Nevada limited- INC., a ) |
| 21 | Nevada corporation; ROADRUNNER DRYWALL ) |
| | CORP., a Nevada corporation; SBS ) |
| 22 | CONSTRUCTION, INC., a Nevada corporation; ) |
| | SELECTBUILD CONSTRUCTION, INC., a ) |
| 23 | Delaware corporation; SILVER STATE STEEL 4 ) |
| | GROUP, INC., a Nevada corporation; SIERRA ) |
| 24 | AIR CONDITIONING, INC., a Nevada ) |
| | corporation; SILVER STATE FIREPLACES, INC., ) |
| 25 | a Nevada corporation; SOUTHWEST GLAZING & ) |
| | WINDOWS, LLC, a Nevada limited-liability ) |
| 26 | company; STATE INSULATION, LLC, a Nevada ) |
| | limited-liability company; SUN CITY ) |
| 27 | LANDSCAPES & LAWN MAINTENANCE, ) |
| | INC., a Nevada corporation; SUNRISE ) |
| 28 | CARPENTRY, INC., an Arizona corporation; T ) |

| | |
|---|---|
| 1 | AND F MARBLE & GRANITE, INC., a Nevada ) |
|   | corporation; AMERICAN WOODMARK CORP. ) |
| 2 | dba TIMBERLAKE CABINET COMPANY, a ) |
|   | Nevada corporation; AMENDE' CABINET ) |
| 3 | CORPORATION dba TIMBERLAKE CABINET ) |
|   | COMPANY, a Virginia corporation; T&R ) |
| 4 | PAINTING AND DRYWALL, LLC, a Nevada ) |
|   | limited-liability company; T&R CONCRETE ) |
| 5 | REPAIR AND DESIGN, INC., a Utah corporation; ) |
|   | TITAN STAIRS & TRIM, INC., a Nevada ) |
| 6 | corporation; TOWER BUILDERS, LLC, a Nevada ) |
|   | limited-liability company; TM-CITY DRYWALL, ) |
| 7 | INC., a Nevada corporation; ULTIMATE ) |
|   | ELECTRONICS, INC., a Delaware corporation; ) |
| 8 | UNIQUE-SCAPE AND DESIGN, a Nevada ) |
|   | corporation; VALENTE CONCRETE, LLC, a ) |
| 9 | Nevada limited-liability company; WESTERN ) |
|   | SHOWER DOOR, INC., a Nevada corporation; ) |
| 10 | WEST COAST COUNTERTOPS, INC., a Nevada ) |
|   | corporation; WEST COAST PROPERTY ) |
| 11 | CONSULTANTS, INC., a California corporation; ) |
|   | WESTCOR CONSTRUCTION, a Nevada ) |
| 12 | corporation; XO WINDOWS NEVADA, LLC, a ) |
|   | Nevada corporation; and ZEPEDA BROS. PAINT ) |
| 13 | & DRYWALL, LLC, a Nevada limited-liability ) |
|   | company, ) |
| 14 | ) |
|   | Third-Party Defendants. ) |
| 15 | ) |

### STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT MASCO CABINETRY, LLC, WITH PREJUDICE

COME NOW, Third-Party Defendant MASCO CABINETRY, LLC, by and through its attorneys of record, FREDRICKSON, MAZEIKA & GRANT, LLP, and Defendant/Third-Party Plaintiff, U.S. HOME CORPORATION, by and through their attorneys of record, PAYNE & FEARS, hereby stipulate and agree that Defendant/Third-Party Plaintiff's Third-Party Complaint, and each and every cause of action alleged therein be dismissed with prejudice as to MASCO CABINETRY, LLC, only, each party to bear their own attorney's fees and costs.

///
///
///
///
///

This Stipulation is entered into in good faith, in the interests of judicial economy and not for the purposes of delay.

DATED this 27th day of November, 2017.

PAYNE & FEARS

_____
Gregory H. King, Esq.
Sarah J. Odia, Esq.
7251 W. Lake Mead Blvd., Ste. 525
Las Vegas NV 89128

*Attorneys for Defendant/Third-Party Plaintiff,*
US HOME CORPORATION

Dated this 5th day of DEC., 2017.

FREDRICKSON, MAZEIKA & GRANT, LLP

_____
Tomas V. Mazeika, Esq.
Scott C. Symmons, Esq.
518 South Ninth Street
Las Vegas, NV 89101

*Attorneys for Third-Party Defendant,*
MASCO CABINETRY, LLC

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Defendant/Third-Party Plaintiff U.S. HOME CORPORATION's Third-Party Complaint, and all causes of action contained therein, against Third-Party Defendant MASCO CABINETRY, LLC, only, be dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED this 12th day of December, 2017.

Respectfully submitted by:

FREDRICKSON, MAZEIKA & GRANT, LLP

_____
Tomas V. Mazeika, Esq.
Nevada Bar No. 6053
518 S. 9th Street
Las Vegas, NV 89101
(702) 384-4048

*Attorneys for Third-Party Defendant,*
MASCO CABINETRY, LLC

_____
RICHARD F. BOULWARE, II
United States District Judge

FREDRICKSON, MAZEIKA & GRANT
518 S. 9TH STREET
LAS VEGAS, NV 89101



District Court Clerk's Office
U.S. DISTRICT COURT
333 Las Vegas Blvd. South, Room 1324
Las Vegas, Nevada 89101