**SAO**
Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
(702) 942-3900
(702) 942-3901 FAX
kbrown@brownbonn.com
jnorthway@brownbonn.com

Attorneys for Third-Party Defendant
SILVER STATE FIREPLACES, INC.

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A. BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A. REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife;<br><br>Plaintiffs,<br><br>v. | CASE NO.: 2:16-cv-01754-RFB-CWH<br><br>DEPARTMENT<br><br>**(ELECTRONIC FILING CASE)**<br><br>**THIRD-PARTY DEFENDANT SILVER STATE FIREPLACES, INC.'S STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND TO DEEM THE SETTLEMENT AGREEMENT AND RELEASE EXECUTED BY SILVER STATE FIREPLACES, INC.** |

| | |
|---|---|
| 1 | U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC; and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | Defendants. |
| 4 | |
| 5 | U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC, |
| 6 | Third-Party Plaintiffs, |
| 7 | |
| 8 | v. |
| 9 | THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation, RCR PLUMBING AND MECHANICAL, INC., a California corporation; ATRIUM DOOR AND WINDOW COMPANY- WEST COAST, a Delaware Corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; ALLARD ENTERPRISES, INC. dba AR IRON, a Nevada corporation; BEE-LURE PAINTING, a Nevada close corporation; BANKER INSULATION, INC., an Arizona corporation; BRASS2COPPER MECHANICAL, INC., a Nevada corporation; BURNHAM PAINTING & DRYWALL CORP., a Nevada close corporation; CBC FRAMING, INC., a California corporation; C CONSTRUCTION, INC., a Delaware corporation; SELECTBUILD CORPORATION, INC., a Delaware corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada limited liability company; CHICAGO PAINTING, INC., a Nevada corporation; CONCRETE SERVICES, INC., a Nevada corporation; CONTRACT DECOR, INC., an Oklahoma corporation; COOPER ROOFING CO., a Nevada corporation; COOPER ROOFING CO., INC., a Nevada corporation; LUKES TAR CORPORATION dba CHAMPION MASONRY, a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S |
| 10-28 | |

-2-

| | |
|---|---|
| 1 | DEVELOPMENT CORPORATION dba DECK SYSTEMS NEVADA, a Nevada corporation; |
| 2 | DISTINCTIVE MARBLE, INC., an Arizona corporation: DOUBLE A ELECTRIC, LLC, a |
| 3 | Nevada limited-liability company; DRI |
| 4 | RESIDENTIAL CORPORATION- NEVADA, a Nevada corporation; DRI RESIDENTIAL |
| 5 | CORPORATION, a California corporation; EAGLE PLASTERING, INC. fka SUNDANCE |
| 6 | PLASTERING, a Nevada corporation; |
| 7 | EXECUTIVE PLASTERING, INC., a Nevada corporation; EXECUTIVE PLUMBING, INC., a |
| 8 | Nevada corporation; EXTREME CONCRETE, LLC, a Nevada limited-liability company; TRUE |
| 9 | TEAM PARTNER, LLC dba GALE BUILDING |
| 10 | PRODUCTS, a Nevada limited-liability company; GENERAL ELECTRIC COMPANY, |
| 11 | a New York corporation; HARRISON DOOR COMPANY, a Nevada corporation; HOUSTON- |
| 12 | STAFFORD ELECTRIC, INC., a Texas corporation; HOUSTON-STAFFORD |
| 13 | ELECTRICAL CONTRACTORS LIMITED |
| 14 | PARTNERSHIP, a Texas limited partnership; INFINITY BUILDING PRODUCTS, LLC, an |
| 15 | Arizona limited-liability company; HUTCHINS DRYWALL, INC., a Nevada corporation; |
| 16 | INTERSTATE PLUMBING & AIR |
| 17 | CONDITIONING, LLC, a Nevada limited-liability company; JAYAR |
| 18 | MANUFACTURING, INC., a Texas corporation; JOHNSON ELECTRIC INC., a Nevada |
| 19 | corporation; KNIPP BROTHERS, INC. dba KBI CONSTRUCTION, an Arizona corporation; |
| 20 | K&K DOOR & TRIM, LLC, a Nevada limited- |
| 21 | liability company; K&K FRAMERS, LLC, a Nevada limited-liability company; |
| 22 | KENNINGTON PLASTERING NEVADA, a Nevada corporation; LARRY METHVIN |
| 23 | INSTALLATIONS, INC., a California |
| 24 | corporation; LAS VEGAS CULTURED MARBLE, INC., a Nevada corporation; MASCO |
| 25 | CABINETRY, LLC, a Michigan limited-liability company; MERILLAT INDUSTRIES, INC., a |
| 26 | Michigan corporation; THE MASONRY |
| 27 | GROUP NEVADA, INC., a Nevada corporation; NEVADA COUNTER TOP CORPORATION, a |
| 28 | Nevada corporation; POWER HOUSE |

| | |
|---|---|
| 1 | PLASTERING, a Nevada corporation; HIRSCHI MASONRY, LLC, a Nevada limited-liability company, NEVADA STAIRS, INC., a Nevada corporation; NEW CRETE, LLC, a Nevada limited-liability company; PETERSEN-DEAN, INC., a California company; QUALITY BUILT, LLC, a California limited-liability company; QUALITY WOOD PRODUCTS, LTD., a Nevada corporation; RED ROCK MECHANICAL, LLC, a Nevada limited liability company; WEST COAST AIR CONDITIONING, LLC, a Nevada limited liability company REPUBLIC ELECTRIC, INC., a Nevada corporation; ROADRUNNER DRYWALL CORP., a Nevada corporation; SBS CONSTRUCTION, INC., a Nevada corporation; SELECTBUILD CONSTRUCTION, INC., a Delaware corporation; SILVER STATE STEEL GROUP, INC., a Nevada corporation; SIERRA AIR CONDITIONING, INC., a Nevada corporation; SILVER STATE FIREPLACES, INC., a Nevada corporation; SOUTHWEST GLAZING & WINDOWS, LLC, a Nevada limited-liability company; STATE INSULATION, LLC, a Nevada limited-liability company; SUN CITY LANDSCAPES & LAWN MAINTENANCE, INC., a Nevada corporation; SUNRISE CARPENTRY, INC., an Arizona corporation; T AND F MARBLE & GRANITE, INC., a Nevada corporation; AMERICAN WOODMARK CORP. dba TIMBERLAKE CABINET COMPANY, a Nevada corporation; AMENDE' CABINET CORPORATION dba TIMBERLAKE CABINET COMPANY, a Virginia corporation; T&R PAINTING AND DRYWALL, LLC, a Nevada limited-liability company; T&R CONCRETE REPAIR AND DESIGN, INC., a Utah corporation; TITAN STAIRS & TRIM, INC., a Nevada corporation; TOWER BUILDERS, LLC, a Nevada limited-liability company; TRI-CITY DRYWALL, INC., a Nevada corporation; ULTIMATE ELECTRONICS, INC., a Delaware corporation; UNIQUE-SCAPE AND DESIGN, a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; WESTERN SHOWER DOOR, INC., a Nevada corporation; |

-4-

THIRD-PARTY DEFENDANT SILVER STATE FIREPLACES, INC.'S STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND TO DEEM THE SETTLEMENT AGREEMENT AND RELEASE EXECUTED BY SILVER STATE FIREPLACES, INC.

| | |
|---|---|
| 1 | WEST COAST COUNTERTOPS, INC., a Nevada corporation; WEST COAST PROPERTY CONSULTANTS, INC., a California corporation; WESTCOR CONSTRUCTION, a Nevada corporation; XO WINDOWS NEVADA, LLC, a Nevada corporation; and ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada limited-liability company, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Third-Party Defendants. |

### THIRD-PARTY DEFENDANT SILVER STATE FIREPLACES, INC.'S STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND TO DEEM THE SETTLEMENT AGREEMENT AND RELEASE EXECUTED BY SILVER STATE FIREPLACES, INC.

PLEASE TAKE NOTICE that Third-Party Plaintiff, U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC, by and through its attorney, Sarah Odia, Esq., of the law firm of PAYNE & FEARS, LLP, and Third-Party Defendant, SILVER STATE FIREPLACES, INC. by and through its attorney of record, Kevin A. Brown and Jill P. Northway, of the law firm of BROWN, BONN & FRIEDMAN, LLP, and hereby stipulate to dismiss Third-Party Defendant, SILVER STATE FIREPLACES, INC., from the action with prejudice. The parties further stipulate to Deem the Settlement Agreement and Release Executed by SILVER STATE FIREPLACES, INC., because SILVER STATE FIREPLACES, INC. is an out of business enterprise with no ability to sign the Settlement Agreement. The Parties agree that in connection with this dismissal, each party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This Stipulation is entered into in good faith, in the interests of judicial economy and not for the purposes of delay.

DATED: 12-11-17

PAYNE & FEARS

_____
Sarah J. Odia, Esq.
PAYNE & FEARS
6385 S. Rainbow Blvd., Suite 220
Las Vegas, NV 89118
Attorneys for U.S. HOME CORPORATION

DATED: 1 6-14-17

BROWN, BONN & FRIEDMAN, LLP

_____
Kevin A. Brown, Esq. (Bar #7621)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
Attorneys for SILVER STATE FIREPLACES, INC.

CASE NO.: 2:16-cv-01754-RFB-CWH

## ORDER

The parties have stipulated and agreed to the dismissal of the Third-Party Defendant, SILVER STATE FIREPLACES, INC., as set forth in the Stipulation, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Third-Party Plaintiff, U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC'S, Third-Party Complaint as to Third-Party Defendant, SILVER STATE FIREPLACES, INC., be dismissed with prejudice and to Deem the Settlement Agreement Signed by SILVER STATE FIREPLACES. The Parties will each bear their own respective attorney's fees and costs herein.

DATED: December 18, 2017



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

BROWN, BONN & FRIEDMAN, LLP

_____
Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas NV 89148

Attorneys for SILVER STATE FIREPLACES, INC.