BRYCE B. BUCKWALTER
Nevada Bar No. 7626
K E A T I N G LAW GROUP
9130 West Russell Road
Suite 200
Las Vegas, Nevada 89148
bbuckwalter@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Third-Party Defendant
*Hutchins Drywall, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRITTAN & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATRESE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACKMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A. BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A. REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. HOME CORPORATION; GREYSTONE NEVADA LLC; and DOES I through 100, | 2:16-cv-01754-RFB-CWH<br><br>Case No. ~~2:16-cv-01754-GMN-CWH~~<br><br><br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF THIRD-PARTY DEFENDANT HUTCHINS DRYWALL, INC. |

1

| | |
|---|---|
| 1 | Defendants. |
| 2 | U.S. HOME CORPORATION; AND GREYSTONE NEVADA LLC, |
| 3 | |
| 4 | Third-Party Plaintiffs, |
| 5 | vs. |
| 6 | |
| 7 | THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation, RCR PLUMBING AND MECHANICAL, INC., a California corporation; ATRIUM DOOR AND WINDOW COMPANY – WEST COAST, a Delaware Corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; ALLARD ENTERPRISES, INC. dba AR IRON, a Nevada corporation; BEE-LURE PAINTING, a Nevada close corporation; BANKER INSULATION, INC., an Arizona corporation; BRASS2COPPER MECHANICAL, INC., a Nevada corporation; BURNHAM PAINTING & DRYWALL CORP., a Nevada close-corporation; CBC FRAMING, INC., a California corporation; C CONSTRUCTION, INC., a Delaware corporation; SELECTBUILD CORPORATION, INC., a Delaware corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada limited-liability company; CHICAGO PAINTING, INC., a Nevada corporation; CONCRETE SERVICES, INC., a Nevada corporation; CONTRACT DÉCOR, INC., an Oklahoma corporation; COOPER ROOFING CO.; a Nevada corporation; COOPER ROOFING CO., INC., a Nevada corporation; LUKESTAR CORPORATION dba CHAMPION MASONRY, a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS NEVADA, a Nevada corporation; DISTINCTIVE MARBLE, INC., an Arizona corporation; DOUBLE A ELECTRIC, LLC, a Nevada limited-liability company; DRI RESIDENTIAL CORPORATION – NEVADA, a Nevada corporation; DRI RESIDENTIAL CORPORATION, a California corporation; EAGLE PLASTERING, INC. fka SUNDANCE PLASTERING, a Nevada corporation; EXECUTIVE PLASTERING, INC., a Nevada |

2

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

corporation; EXECUTIVE PLUMBING, INC., a Nevada corporation; EXTREME CONCRETE, LLC, a Nevada limited-liability company; TRUE TEAM PARTNER, LLC dba GALE BUILDING PRODUCTS, a Nevada limited-liability company; GENERAL ELECTRIC COMPANY, a New York corporation; HARRISON DOOR COMPANY, a Nevada corporation; HOUSTON-STAFFORD ELECTRIC, INC., a Texas corporation; HOUSTON-STAFFORD ELECTRICAL CONTRACTORS LIMITED PARTNERSHIP, a Texas limited partnership; INFINITY BUILDING PRODUCTS, LLC, an Arizona limited-liability company; HUTCHINS DRYWALL, INC., a Nevada corporation; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited-liability company; JAYAR MANUFACTURING, INC., a Texas corporation; JOHNSON ELECTRIC, INC., a Nevada corporation; KNIPP BROTHERS, INC. dba KBI CONSTRUCTION, an Arizona corporation; K&K DOOR & TRIM, LLC, a Nevada limited-liability company; K&K FRAMERS, LLC, a Nevada limited-liability company; KENNINGTON PLASTERING NEVADA, a Nevada corporation; LARRY METHVIN INSTALLATIONS, INC., a California corporation; LAS VEGAS CULTURED MARBLE, INC., a Nevada corporation; MASCO CABINETRY, LLC, a Michigan limited-liability company; MERILLAT INDUSTRIES, INC., a Michigan corporation; THE MASONRY GROUP NEVADA, INC., a Nevada corporation; NEVADA COUNTERTOP CORPORATION, a Nevada corporation; POWER HOUSE PLASTERING, a Nevada corporation; HIRSCHI MASONRY, LLC, a Nevada limited-liability company, NEVADA STAIRS, INC., a Nevada corporation; NEW CRETE, LLC, a Nevada limited-liability company; PETERSEN-DEAN, INC., a California company; QUALITY BUILT, LLC, a California limited-liability company; QUALITY WOOD PRODUCTS, LTD., a Nevada corporation; RED ROCK MECHANICAL, LLC, a Nevada limited liability company; WEST COAST AIR CONDITIONING, LLC, a Nevada limited-liability company; REPUBLIC ELECTRIC, INC., a Nevada corporation; ROADRUNNER DRYWALL CORP., a Nevada corporation; SBS CONSTRUCTION, INC., a Nevada corporation; SELECTBUILD CONSTRUCTION, INC., a Delaware corporation; SILVER STATE STEEL GROUP, INC., a Nevada corporation; SIERRA AIR CONDITIONING, INC., a Nevada corporation; SILVER STATE FIREPLACES, INC., a Nevada corporation; SOUTHWEST GLAZING

3

& WINDOWS, LLC, a Nevada limited-liability company; STATE INSULATION, LLC, a Nevada limited-liability company; SUN CITY LANDSCAPES & LAWN MAINTENANCE, INC., a Nevada corporation; SUNRISE CARPENTRY, INC., an Arizona corporation; T AND F MARBLE & GRANITE, INC., a Nevada corporation; AMERICAN WOODMARK CORP. dba TIMBERLAKE CABINET COMPANY, a Nevada corporation; AMENDE' CABINET CORPORATION dba TIMBERLAKE CABINET COMPANY, a Virginia corporation; T&R PAINTING AND DRYWALL, LLC, a Nevada limited-liability company; T&R CONCRETE REPAIR AND DESIGN, INC., a Utah corporation; TITAN STAIRS & TRIM, INC., a Nevada corporation; TOWER BUILDERS, LLC, a Nevada limited-liability company; TRI-CITY DRYWALL, INC., a Nevada corporation; ULTIMATE ELECTRONICS, INC., a Delaware corporation; UNIQUE-SCAPE AND DESIGN, a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; WESTERN SHOWER DOOR, INC., a Nevada corporation; WEST COAST COUNTERTOPS, INC., a Nevada corporation; WEST COAST PROPERTY CONSULTANTS, INC., a California corporation; WESTCOR CONSTRUCTION, a Nevada corporation; XO WINDOWS NEVADA, LLC, a Nevada corporation; and ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada limited-liability company,

Third-Party Defendants.

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF THIRD-PARTY DEFENDANT HUTCHINS DRYWALL, INC.

Third-Party Plaintiff, U.S. Homes Corporation, by and through its attorney, Sarah J. Odia, Esq., of the law firm of PAYNE & FEARS, and Third-Party Defendant Hutchins Drywall, Inc., by and through its attorney, Bryce B. Buckwalter, Esq. of KEATING LAW GROUP, hereby agrees to stipulate to dismiss Third-Party Defendant Hutchins Drywall, Inc., with prejudice, each party to bear its own attorney's fees and costs.

This Stipulation is entered into in good faith, in the interests of judicial economy and not

4

for the purposes of delay.

DATED this 20th day of December, 2017.

                        PAYNE & FEARS

                        /s/ Sarah Odia
                        Sarah Odia, Esq.
                        Gregory H. King, Esq.
                        7251 W. Lake Meade, Suite 525
                        Las Vegas, Nevada 89128
                        Attorney for Third Party Plaintiff
                        U.S. Homes Corporation

DATED this 20th day of December, 2017.

                       **K E A T I N G** LAW GROUP

                        BRYCE B. BUCKWALTER
                        Nevada Bar No. 7626
                        9130 West Russell Road, Suite 200
                        Las Vegas, Nevada 89148
                        Attorney for Third-Party Defendant
                        *Hutchins Drywall, Inc.*

CASE NO. 2:16-cv-01754-RFB-CWH

ORDER

The parties have stipulated and agreed to the dismissal of the Third-Party Defendant, Hutchins Drywall, Inc. as set forth in the Stipulation, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Third-Party Plaintiff, U.S. Home Corporation's Third-Party Complaint as to Third-Party Defendant, Hutchins Drywall, Inc., be dismissed with prejudice, each party to bear their own respective attorney's fees and costs herein.

DATED this 21st day of December, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted By:

KEATING LAW GROUP

_____
BRYCE B. BUCKWALTER
Nevada Bar No. 7626
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
Attorney for Third-Party Defendant
Hutchins Drywall, Inc.