**CHRISTINE D. BURKHART, ESQ.**
Nevada Bar No.: 9330
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
702-727-1400; Fax: 702-727-1401
christine.burkhart@wilsonelser.com
Attorneys for Third-Party Defendant
**T&R PAINTING & DRYWALL, INC. dba T&R CONSTRUCTION GROUP, erroneously named as T&R CONSTRUCTION GROUP dba T&R PAINTING & DRYWALL, INC.**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN *&* VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife,<br><br>      Plaintiffs,<br>  vs.<br><br>U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC; and DOES 1 through 100, inclusive,<br>      Defendants. | Case No.: 2:16-cv-01754-RFB-CWH<br><br>**ORDER GRANTING DEFENDANT T&R PAINTING & DRYWALL, INC. dba T&R CONSTRUCTION GROUP'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |

-1-

1269149v.1

| | |
|---|---|
| 1 | U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC, |
| 2 | |
| 3 | Third-Party Plaintiffs. |
| 4 | vs. |
| 5 | THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation, RCR PLUMBING AND MECHANICAL, INC., a California corporation; ATRIUM DOOR AND WINDOW COMPANY – WEST COAST, a Delaware Corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; ALLARD ENTERPRISES, INC. dba AR IRON, a Nevada corporation; BEE-LURE PAINTING, a Nevada close corporation; BANKER INSULATION, INC., an Arizona corporation; BRASS2COPPER MECHANICAL, INC., a Nevada corporation; BURNHAM PAINTING & DRYWALL CORP., a Nevada close-corporation; CBC FRAMING, INC., a California corporation; C CONSTRUCTION, INC., a Delaware corporation; SELECTBUILD CORPORATION, INC., a Delaware corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada limited-liability company; CHICAGO PAINTING, INC., a Nevada corporation; CONCRETE SERVICES, INC., a Nevada corporation; CONTRACT DECOR, INC., an Oklahoma corporation; COOPER ROOFING CO.; a Nevada corporation; COOPER ROOFING CO., INC., a Nevada corporation; LUKESTAR CORPORATION dba CHAMPION MASONRY, a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS NEVADA, a Nevada corporation; DISTINCTIVE MARBLE, INC., an Arizona corporation; DOUBLE A ELECTRIC, LLC, a Nevada limited-liability company; DRI RESIDENTIAL CORPORATION – NEVADA, a Nevada corporation; DRI RESIDENTIAL CORPORATION, a California corporation; EAGLE PLASTERING. INC. fka SUNDANCE PLASTERING, a Nevada corporation; EXECUTIVE PLASTERING, INC., a Nevada corporation; EXECUTIVE PLUMBING, INC., a Nevada corporation; EXTREME CONCRETE, LLC, a Nevada limited-liability company; GENERAL ELECTRIC COMPANY, a New York corporation; |

1269149v.1

| | |
|---|---|
| 1 | HARRISON DOOR COMPANY, a Nevada corporation; HOUSTON-STAFFORD ELECTRIC, |
| 2 | INC., a Texas corporation; HOUSTON-STAFFORD ELECTRICAL CONTRACTORS LIMITED |
| 3 | PARTNERSHIP, a Texas limited partnership; INFINITY BUILDING PRODUCTS, LLC, an |
| 4 | Arizona limited-liability company; HUTCHINS DRYWALL, INC., a Nevada corporation; |
| 5 | INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited-liability |
| 6 | company; JAYAR MANUFACTURING, INC., a Texas corporation; JOHNSON ELECTRIC, INC., a |
| 7 | Nevada corporation; KNIPP BROTHERS, INC. dba KBI CONSTRUCTION, an Arizona corporation; |
| 8 | K&K DOOR & TRIM, LLC, a Nevada limited-liability company; K&K FRAMERS, INC., a |
| 9 | Nevada corporation; KENNINGTON PLASTERING NEVADA, a Nevada corporation; |
| 10 | LARRY METHVIN INSTALLATIONS, INC., a California corporation; LAS VEGAS CULTURED |
| 11 | MARBLE, INC., a Nevada corporation; MASCO CABINETRY, LLC, a Michigan limited-liability |
| 12 | company; MERILLAT INDUSTRIES, INC., a Michigan corporation; THE MASONRY GROUP |
| 13 | NEVADA, INC., a Nevada corporation; NEVADA COUNTERTOP CORPORATION, a Nevada |
| 14 | corporation; POWER HOUSE PLASTERING, a Nevada corporation; HIRSCHI MASONRY, LLC, a |
| 15 | Nevada limited-liability company, NEVADA STAIRS, INC., a Nevada corporation; NEW |
| 16 | CRETE, LLC, a Nevada limited-liability company; PETERSEN-DEAN, INC., a California company; |
| 17 | QUALITY BUILT, LLC, a California limited-liability company; QUALITY WOOD PRODUCTS, |
| 18 | LTD., a Nevada corporation; RED ROCK MECHANICAL, LLC, a Nevada limited liability |
| 19 | company; SACRAMENTO INSULATION CONTRACTORS dba GALE BUILDING |
| 20 | PRODUCTS; WEST COAST AIR CONDITIONING, LLC, a Nevada limited-liability |
| 21 | company; REPUBLIC ELECTRIC, INC., a Nevada corporation; ROADRUNNER DRYWALL CORP.. |
| 22 | a Nevada corporation; SBS CONSTRUCTION, INC., a Nevada corporation; SELECTBUILD |
| 23 | CONSTRUCTION, INC., a Delaware corporation; SILVER STATE STEEL GROUP, INC., a Nevada |
| 24 | corporation; SIERRA AIR CONDITIONING, INC., a Nevada corporation; SILVER STATE |
| 25 | FIREPLACES, INC., a Nevada corporation; SOUTHWEST GLAZING & WINDOWS, LLC, a |
| 26 | Nevada limited-liability company; STATE INSULATION, LLC, a Nevada limited-liability |
| 27 | company; SUN CITY LANDSCAPES & LAWN MAINTENANCE, INC., a Nevada corporation; |
| 28 | SUNRISE CARPENTRY, INC., an Arizona |

1269149v.1

corporation; T AND F MARBLE & GRANITE, INC., a Nevada corporation; AMERICAN WOODMARK CORP. dba TIMBERLAKE CABINET COMPANY, a Nevada corporation; AMENDE' CABINET CORPORATION dba TIMBERLAKE CABINET COMPANY, a Virginia corporation; T&R PAINTING AND DRYWALL, LLC, a Nevada limited-liability company; T&R CONSTRUCTION GROUP dba T&R PAINTING AND DRYWALL, INC., a Nevada corporation; TITAN STAIRS & TRIM, INC., a Nevada corporation; TOWER BUILDERS, LLC, a Nevada limited-liability company; TRI-CITY DRYWALL, INC., a Nevada corporation; ULTIMATE ELECTRONICS, INC., a Delaware corporation; UNIQUE-SCAPE AND DESIGN, a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; WESTERN SHOWER DOOR, INC., a Nevada corporation; WEST COAST COUNTERTOPS, INC., a Nevada corporation; WEST COAST PROPERTY CONSULTANTS, INC., a California corporation; WESTCOR CONSTRUCTION, a Nevada corporation; XO WINDOWS NEVADA, LLC, a Nevada corporation; and ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada limited-liability company,

Third-Party Defendants.

### ORDER GRANTING THIRD-PARTY DEFENDANT T&R PAINTING & DRYWALL, INC. DBA T&R CONSTRUCTION GROUP'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

Third-Party Defendant, T&R PAINTING & DRYWALL, INC. dba T&R CONSTRUCTION GROUP'S (hereinafter "T&R") Motion for Determination of Good Faith Settlement was filed on September 18, 2017 (Doc No. 386) and electronically served upon the parties. After examining the pleadings and finding no opposition to the Motion:

IT IS ORDERED, ADJUDGED and DECREED that Third Party Defendant T&R's settlement in the amount of $2,500.00 is made in good faith within the meaning of NRS 17.245, therefore, any and all present or future claims against T&R for contribution, equitable or implied indemnity are hereby discharged with prejudice and barred.

-4-

1269149v.1

1  IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Third-Party Defendant, T&R's Motion for Determination of Good Faith Settlement is GRANTED pursuant to NRS 17.245.

DATED this 12th day of March, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

Submitted by:

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**


By: */s/ CHRISTINE D. BURKHART*
 **CHRISTINE D. BURKHART, ESQ.**
 Nevada Bar No.: 9330
 300 South 4th Street, 11th Floor
 Las Vegas, NV 89101
 Attorneys for Third-Party Defendant
 **T&R PAINTING & DRYWALL, INC.
 dba T&R CONSTRUCTION
 GROUP, erroneously named as T&R
 CONSTRUCTION GROUP dba T&R
 PAINTING & DRYWALL, INC.**