Elizabeth A. Skane, Esq. (Nevada Bar #7181)
eskane@skanewilcox.com
Sarai L. Brown, Esq. (Nevada Bar # 11067)
sbrown@skanewilcox.com
Beth A. Cook, Esq. (Nevada Bar #9928)
bcook@skanewilcox.com
SKANE WILCOX LLP
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
T: (702) 363-2535/ F: (702) 363-2534

Attorneys for Third-Party Defendant
GENERAL ELECTRIC COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHENG & PING YUE, Husband, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A. BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife,<br><br>      Plaintiffs,<br><br>v. | **CASE NO.: 2:16-cv-01754-RFB-CWH**<br><br><br><br>**ORDER GRANTING THIRD-PARTY DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |

| | |
|---|---|
| 1 | US. HOME CORPORATION AND GREYSTONE NEVADA, LLC; and DOES 1 through 100, |
| 2 | inclusive, |
| 3 | Defendants. |
| 4 | US HOME CORPORATION AND GREYSTONE NEVADA, LLC, |
| 5 | |
| 6 | Third-Party Plaintiffs, |
| 7 | v. |
| 8 | THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; AMERICAN ASPHALT & |
| 9 | GRADING COMPANY, a Nevada corporation, RCR PLUMBING AND MECHANICAL, INC., a |
| 10 | California corporation; ATRIUM DOOR AND WINDOW COMPANY – WEST COAST, a |
| 11 | Delaware Corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware |
| 12 | corporation; ALLARD ENTERPRISES, INC. dba AR IRON, a Nevada Corporation; BEE-LURE |
| 13 | PAINTING, a Nevada close-corporation; BANKER INSULATION, INC., an Arizona corporation; |
| 14 | BRASS2COPPER MECHANICAL, INC., a Nevada Corporation; BURNHAM PAINTING & |
| 15 | DRYWALL CORP., a Nevada close-corporation; CBC FRAMING, INC., a California corporation; C |
| 16 | CONSTRUCTION, INC., a Delaware corporation; SELECTBUILD CORPORATION, INC., |
| 17 | Delaware corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; |
| 18 | FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada limited liability company; |
| 19 | CHICAGO PAINTING, INC., a Nevada corporation; CONCRETE SERVICES, INC., a |
| 20 | Nevada corporation; CONTRACT DÉCOR, INC., an Oklahoma corporation; COOPER ROOFING |
| 21 | CO., INC., a Nevada Corporation; COOPER ROOFING CO., INC., a Nevada corporation; |
| 22 | LUKESTAR CORPORATION dba CHAMPION MASONRY, a Nevada corporation; CUSTOM |
| 23 | HEARTH DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a Nevada |
| 24 | corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS |
| 25 | NEVADA, a Nevada corporation; DISTINCTIVE MARBLE, INC., an Arizona corporation; |
| 26 | DOUBLE A ELECTRIC, LLC, a Nevada limited-liability company; DRI RESIDENTIAL |
| 27 | CORPORATION – NEVADA, a Nevada corporation; DRI RESIDENTIAL |
| 28 | |

CORPORATION, a California corporation; EAGLE PLASTERING, INC. fka SUNDANCE PLASTERING, a Nevada corporation; EXECUTIVE PLUMBING, INC., a Nevada corporation; EXTREME CONCRETE, LLC, a Nevada limited liability company; GENERAL ELECTRIC COMPANY; a New York corporation; HARRISON DOOR COMPANY, a Nevada corporation; HOUSTON-STAFFORD ELECTRICAL CONTRACTORS LIMITED PARTNERSHIP, a Texas limited partnership; INFINITY BUILDING PRODUCTS, LLC, an Arizona limited liability company; HUTCHINS DRYWALL, INC., a Nevada corporation; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited liability company; JAYAR MANUFACTURING, INC., a Texas corporation; JOHNSON ELECTRIC, INC., a Nevada corporation; KNIPP BROTHERS INC. dba KBI CONSTRUCTION, an Arizona corporation; K&K DOOR & TRIM, LLC, a Nevada limited liability company; K&K FRAMERS, INC., a Nevada corporation; KENNINGTON PLASTERING NEVADA, a Nevada corporation; LARRY METHVIN INSTALLATIONS, INC., a California corporation; LAS VEGAS CULTURED MARBLE, INC., a Nevada corporation; MASCO CABINETRY, LLC, a Michigan limited liability company; MERILLAT INDUSTRIES, INC., a Michigan corporation; THE MASONRY GROUP NEVADA, INC., a Nevada corporation; NEVADA COUNTERTOP CORPORATION, a Nevada corporation; POWER HOUSE PLASTERING, a Nevada corporation; HIRSCHI MASONRY, LLC, a Nevada limited-liability company, NEVADA STAIRS, INC., a Nevada corporation; NEW CRETE, LLC, a Nevada limited liability company; PETERSEN-DEAN, INC., a California company; QUALITY BUILT, LLC, a California limited liability company; QUALITY WOOD PRODUCTS, LTD., a Nevada corporation; RED ROCK MECHANICAL, LLC, a Nevada limited liability company; SACRAMENTO INSULATION CONTRACTORS dba GAL BUILDING PRODUCTS; WEST COAST AIR CONDITIONING, LLC, a Nevada limited liability company; REPUBLIC ELECTRIC, INC., a Nevada corporation; ROADRUNNER DRYWALL CORP., a Nevada corporation; SBS CONSTRUCTION, INC., a Nevada corporation; SELECTBUILD CONSTRUCTION, INC., a Delaware corporation; SILVER STATE STEEL GROUP, INC., a Nevada corporation; SIERRA AIR CONDITIONING, INC.,

| | |
|---|---|
| 1 | a Nevada corporation; SILVER STATE FIREPLACES, INC., a Nevada corporation; SOUTHWEST GLAZING & WINDOWS, LLC, a Nevada limited liability company; STATE INSULATION, LLC, a Nevada limited liability company; SUN CITY LANDSCAPES & LAWN MAINTENANCE, INC., a Nevada corporation; SUNRISE CARPENTRY, INC., an Arizona corporation; T AND F MARBLE & GRANITE, INC., a Nevada corporation; AMERICAN WOODMARK CORP. dba TIMBERLAKE CABINET COMPANY, a Nevada corporation; AMENDE CABINET CORPORATION dba TIMBERLAKE CABINET COMPANY, a Virginia corporation; T&R PAINTING AND DRYWALL, INC., a Nevada limited liability company; T&R CONSTRUCTION GROUP dba T&R PAINTING AND DRYWALL, a Nevada CORPORATION; TITAN STAIRS & TRIM, a Nevada corporation; TOWER BUILDERS, LLC, a Nevada limited liability company; TRI-CITY DRYWALL, INC., a Nevada corporation; ULTIMATE ELECTRONICS, INC., a Delaware corporation; UNIQUE-SCAPE AND DESIGN, a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited liability company; WESTERN SHOWER DOOR, INC., a Nevada corporation; WEST COAST COUNTERTOPS, INC., a Nevada corporation; WEST COAST COUNTERTOPS, INC., a Nevada corporation; WEST COAST PROPERTY CONSULTANTS, INC., a California corporation; WESTCOR CONSTRUCTION, a Nevada corporation; XO WINDOWS NEVADA, LLC, a Nevada corporation; and ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada limited liability company,<br>Third-Party Defendants. |

## ORDER GRANTING THIRD-PARTY DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

Third-Party Defendant GENERAL ELECTRIC COMPANY'S Motion for Determination of Good Faith Settlement having been filed on August 1, 2017, having received no responses in opposition to the Motion, and the Court having considered the Motion, pleadings and papers on file herein, being advised that a settlement in the amount of TWO HUNDRED FIFTY DOLLARS AND ZERO CENTS ($250.00), having been negotiated by GENERAL ELECTRIC COMPANY, in favor of Third-Party

Plaintiffs, which settlement excludes any additional insured obligations, and GOOD CAUSE APPEARING THEREFORE:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Third-Party Defendant GENERAL ELECTRICY COMPANY'S Motion for Determination of Good Faith Settlement is hereby granted pursuant to N.R.S. 17.245;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the settlement between Third-Party Plaintiffs and Third-Party Defendant GENERAL ELECTRIC COMPANY, in the total amount of TWO HUNDRED FIFTY DOLLARS AND ZERO CENTS ($250.00) is determined to be in good faith;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that upon payment of the settlement monies, any and all Complaints, Third-Party Complaints, Cross-Claims, Counterclaims, and any other claims filed against, or that could have or should have been filed against Third-Party Defendant, GENERAL ELECTRIC, shall be dismissed with prejudice, including claims for equitable indemnity and contribution, and any other future equitable and/or implied indemnity claims shall be barred pursuant to N.R.S. 17.245.

DATED this 13th day of March, 2018

_____
RICHARD F. BOULWARE, II
United States District Court

Respectfully submitted by:

SKANE WILCOX LLP

*/s/ Beth A. Cook, Esq.*
By: _____
Elizabeth A. Skane, Esq. (Nevada Bar #7181)
eskane@skanewilcox.com
Sarai L. Brown, Esq. (Nevada Bar 11067)
sbrown@skanewilcox.com
Beth A. Cook, Esq. (Nevada Bar #9928)
bcook@skanewilcox.com
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144

Attorneys for Third-Party Defendant,
GENERAL ELECTRIC COMPANY