Ryan H. Devine, Esq.
Nevada Bar No. 12953
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
rhdevine@wolfewyman.com

Attorneys for Third-Party Defendant
**BEE-LURE PAINTING, INC.**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A. BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A. REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife, <br><br>   Plaintiffs, <br><br>v. <br><br>US HOME CORPORATION AND GREYSTONE NEVADA, LLC; and DOES 1-100, inclusive, <br><br>   Defendants. | CASE NO.:   2:16-cv-01754-GMN-CWH <br><br><br><br><br><br>**ORDER GRANTING THIRD-PARTY DEFENDANT BEE-LURE PAINTING, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |

1

2986658.1

| | |
|---|---|
| 1 | US HOME CORPORATION AND GREYSTONE NEVADA, LLC, |
| 2 | |
| 3 | Third-Party Plaintiffs, |
| 4 | v. |
| 5 | THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation, RCR PLUMBING AND MECHANICAL, INC., a California corporation; ATRIUM DOOR AND WINDOW COMPANY – WEST COAST, a Delaware Corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; ALLARD ENTERPRISES, INC., dba AR IRON, a Nevada corporation; BEE-LURE PAINTING, a Nevada close corporation; BANKER INSULATION, INC., an Arizona corporation; BRASS2COPPER MECHANICAL, INC., a Nevada corporation; BURNHAM PAINTING & DRYWALL CORP., a Nevada close-corporation; CBC FRAMING, INC., a California corporation; C CONSTRUCTION, INC., a Delaware corporation; SELECTBUILD CORPORATION, INC., a Delaware corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada limited-liability company; CHICAGO PAINTING, INC., a Nevada corporation; CONCRETE SERVICES, INC., a Nevada corporation; CONTRACT DÉCOR, INC., an Oklahoma corporation; COOPER ROOFING CO. a Nevada corporation; COOPER ROOFING CO., INC., a Nevada corporation; LUKESTAR CORPORATION dba CHAMPION MASONRY, a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS NEVADA, a Nevada corporation; DISTINCTIVE MARBLE, INC., an Arizona corporation; DOUBLE A ELECTRIC, LLC a Nevada limited-liability company; DRI RESIDENTIAL CORPORATION – NEVADA, a Nevada corporation; DRI RESIDENTIAL CORPORATION, a California corporation; EAGLE PLASTERING, INC., fka SUNDANCE PLASTERING, a Nevada corporation; |

| | |
|---|---|
| 1 | EXECUTIVE PLASTERING, INC., a Nevada corporation; EXECUTIVE PLUMBING, INC., a Nevada corporation; EXTREME CONCRETE, LLC, a Nevada limited-liability company; TRUE TEAM PARTNER, LLC dba GALE BUILDING PRODUCTS, a Nevada limited-liability company; GENERAL ELECTRIC COMPANY, a New York corporation; HARRISON DOOR COMPANY, a Nevada corporation; HOUSTON-STAFFORD ELECTRIC, INC., a Texas corporation; HOUSTON-STAFFORD ELECTRICAL CONTRACTORS LIMITED PARTNERSHIP, a Texas limited partnership; INFINITY BUILDING PRODUCTS, LLC, an Arizona limited-liability company; HUTCHINS DRYWALL, INC., a Nevada corporation; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited-liability company; JAYAR MANUFACTURING, INC., a Texas corporation; JOHNSON ELECTRIC, INC., a Nevada corporation; KNIPP BROTHERS, INC. dba KBI CONSTRUCTION, an Arizona corporation; K&K DOOR & TRIM, LLC, a Nevada limited-liability company; K&K FRAMERS, LLC, a Nevada limited-liability company; KENNINGTON PLASTERING NEVADA, a Nevada corporation; LARRY METHVIN INSTALLATIONS, INC., a California corporation; LAS VEGAS CULTURED MARBLE, INC., a Nevada corporation; MASCO CABINETRY, LLC, a Michigan limited-liability company; MERILLAT INDUSTRIES, INC., a Michigan corporation; THE MASONRY GROUP NEVADA, INC., a Nevada corporation; NEVADA COUNTERTOP CORPORATION, a Nevada corporation; POWER HOUSE PLASTERING, a Nevada corporation; HIRSCHI MASONRY, LLC, a Nevada limited-liability company; NEVADA STAIRS, INC., a Nevada corporation; NEW CRETE, LLC, a Nevada limited-liability company; PETERSEN-DEAN, INC., a California company; QUALITY BUILT, LLC, a California limited-liability company; QUALITY WOOD PRODUCTS, LTD., a Nevada corporation; RED ROCK MECHANICAL, LLC, a Nevada limited liability company; WEST COAST AIR CONDITIONING, LLC, a Nevada limited-liability company; REPUBLIC ELECTRIC INC., a Nevada corporation; ROADRUNNER DRYWALL CORP., a Nevada corporation; SBS | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

2986658.1

| | |
|---|---|
| 1 | CONSTRUCTION, INC., a Nevada corporation; SELECTBUILD CONSTRUCTION, INC., a Delaware corporation; SILVER STATE STEEL GROUP, INC., a Nevada corporation; SIERRA AIR CONDITIONING, INC., a Nevada corporation; SILVER STATE FIREPLACES, INC., a Nevada corporation; SOUTHWEST GLAZING & WINDOWS, LLC, a Nevada limited-liability company; STATE INSULATION, LLC, a Nevada limited-liability company; SUN CITY LANDSCAPES & LAWN MAINTENANCE, INC., a Nevada corporation; SUNRISE CARPENTRY, INC., an Arizona corporation; T AND F MARBLE & GRANITE, INC., a Nevada corporation; AMERICAN WOODMARK CORP dba TIMBERLAKE CABINET COMPANY, a Nevada corporation; AMENDE' CABINET CORPORATION dba TIMBERLAKE CABINET COMPANY, a Virginia corporation; T&R PAINTING AND DRYWALL, LLC, a Nevada limited-liability company; T&R CONCRETE REPAIR AND DESIGN, INC., a Utah corporation; TITAN STAIRS & TRIM, INC., a Nevada corporation; TOWER BUILDERS, LLC, a Nevada limited-liability company; TRI-CITY DRYWALL, INC., a Nevada corporation; ULTIMATE ELECTRONICS, INC., a Delaware corporation; UNIQUE-SCAPE AND DESIGN, a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; WESTERN SHOWER DOOR, INC., a Nevada corporation; WEST COAST COUNTERTOPS, INC., a Nevada corporation; WEST COAST PROPERTY CONSULTANTS, INC., a California corporation; WESTCOR CONSTRUCTION, a Nevada corporation; XO WINDOWS NEVADA, LLC, a Nevada corporation; and ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada limited-liability company, |
| | Third-Party Defendants. |

///

///

///

///

4

2986658.1

# ORDER GRANTING THIRD-PARTY DEFENDANT BEE-LURE PAINTING, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

Third-Party Defendant, BEE-LURE PAINTING, INC.'S Motion for Determination of Good Faith Settlement was filed on *June 8, 2017*. The Court, having reviewed all of the pleadings and papers on file herein, being aware that Quality Wood Products, Ltd. agrees to pay $3,750.00 exclusive of any and all additional insured obligations, receiving no Oppositions, and good cause appearing, ruled as follows:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Third-Party Defendant Bee-Lure Painting, Inc.'s Motion for Determination of Good Faith Settlement is hereby GRANTED in the amount of $3,750.00 pursuant to NRS 17.245, and any and all claims for contribution or for equitable or implied indemnity are discharged and barred. Additional insured obligations, if any, are excluded.

IT IS SO ORDERED.

DATED this  20th  day of  March , 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

WOLFE & WYMAN LLP

By: _____
RYAN H. DEVINE, ESQ.
Nevada Bar No. 12953
6757 Spencer St.
Las Vegas, NV  89119
Attorneys for Third-Party Defendant
**BEE-LURE PAINTING, INC.**

5
2986658.1