JEFFREY H. BALLIN, ESQ.
Nevada Bar No. 004913
GRANT & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, NV 89113
Phone: (702) 940-3529
Fax: (855) 429-3413
jeffrey.ballin@aig.com

*Attorneys for Third-Party Defendant*
*Titan Stairs & Trim, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A. BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVAR, Husband and Wife; JEROME A. REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. HOME CORPORATION and GREYSTONE NEVADA, LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01754-RFB-CWH<br><br>***ORDER GRANTING THIRD-PARTY DEFENDANT TITAN STAIRS & TRIM, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT*** |

1

| | |
|---|---|
| 1 | U.S. HOME CORPORATION and GREYSTONE NEVADA, LLC, |
| 2 | |
| | Third-Party Plaintiffs, |
| 3 | |
| | v. |
| 4 | |
| 5 | THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation; |
| 6 | RCR PLUMBING AND MECHANICAL, INC., a California corporation; ATRIUM DOOR AND |
| 7 | WINDOW COMPANY - WEST COAST, a Delaware corporation; ATRIUM DOOR AND |
| 8 | WINDOW COMPANY OF ARIZONA, a Delaware corporation; ALLARD ENTERPRISES, |
| 9 | INC. dba AR IRON, a Delaware corporation; BEE-LURE PAINTING, a Nevada close |
| 10 | corporation; BANKER INSULATION, INC., an Arizona corporation; BRASS2COPPER |
| 11 | MECHANICAL, INC., a Nevada corporation; BURNHAM PAINTING & DRYWALL CORP., a |
| 12 | Nevada close corporation; CBC FRAMING, INC., a California corporation; C CONSTRUCTION, |
| 13 | INC., a Delaware corporation; SELECTBUILD CORPORATION, INC., a Delaware corporation; |
| 14 | CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC |
| 15 | dba CARPETS-N-MORE, a Nevada limited liability company; CHICAGO PAINTING, INC., a |
| 16 | Nevada corporation; CONCRETE SERVICES, INC., a Nevada corporation; CONTRACT |
| 17 | DECOR, INC., an Oklahoma corporation; COOPER ROOFING CO., a Nevada corporation; |
| 18 | COOPER ROOFING CO., INC., a Nevada corporation; LUKESTAR CORPORATION dba |
| 19 | CHAMPION MASONRY, a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., an |
| 20 | Arizona corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S DEVELOPMENT |
| 21 | CORPORATION dba DECK SYSTEMS NEVADA, a Nevada corporation; DISTINCTIVE |
| 22 | MARBLE, INC., an Arizona corporation; DOUBLE A ELECTRIC, LLC, a Nevada limited |
| 23 | liability company; DRI RESIDENTIAL CORPORATION - NEVADA, a Nevada |
| 24 | corporation; DRI RESIDENTIAL CORPORATION, a California corporation; |
| 25 | EAGLE PLASTERING, INC. fka SUNDANCE PLASTERING, a Nevada corporation; |
| 26 | EXECUTIVE PLASTERING, INC., a Nevada corporation; EXECUTIVE PLUMBING, INC., a |
| 27 | Nevada corporation; EXTREME CONCRETE, LLC, a Nevada limited liability company; |
| 28 | |

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

| | |
|---|---|
| 1 | GENERAL ELECTRIC COMPANY, a New York corporation; HARRISON DOOR COMPANY, a Nevada corporation; HOUSTON-STAFFORD ELECTRIC, INC., a Texas corporation; HOUSTON-STAFFORD ELECTRICAL CONTRACTORS LIMITED PARTNERSHIP, a Texas limited liability company; INFINITY BUILDING PRODUCTS, LLC, an Arizona limited liability company; HUTCHINS DRYWALL, INC., a Nevada corporation; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited liability company; JAYAR MANUFACTURING, INC., a Texas corporation; JOHNSON ELECTRIC, INC., a Nevada corporation; KNIPP BROTHERS, INC. dba KBI CONSTRUCTION, an Arizona corporation; K&K DOOR & TRIM, LLC, a Nevada limited liability company; K&K FRAMERS, INC., a Nevada corporation; KENNINGTON PLASTERING NEVADA, a Nevada corporation; LARRY METHVIN INSTALLATIONS, INC., a California corporation; LAS VEGAS CULTURED MARBLE, INC., a Nevada corporation; MASCO CABINETRY, LLC, a Michigan limited liability company; MERILLAT INDUSTRIES, INC., a Michigan corporation; THE MASONRY GROUP NEVADA, INC., a Nevada corporation; NEVADA COUNTERTOP CORPORATION, a Nevada corporation; POWER HOUSE PLASTERING, a Nevada corporation; HIRSCHI MASONRY, LLC, a Nevada limited liability company; NEVADA STAIRS, INC., a Nevada corporation; NEW CRETE, LLC, a Nevada limited liability company; PETERSEN-DEAN, INC., a California company; QUALITY BUILT, LLC, a California limited liability company; QUALITY WOOD PRODUCTS, LTD., a Nevada corporation; RED ROCK MECHANICAL, INC., a Nevada corporation; SACRAMENTO INSULATION CONTRACTORS dba GALE BUILDING PRODUCTS; WEST COAST AIR CONDITIONING, LLC, a Nevada limited liability company; REPUBLIC ELECTRIC, INC., a Nevada corporation; ROADRUNNER DRYWALL CORP., a Nevada corporation; SBS CONSTRUCTION, INC., a Nevada corporation; SELECTBUILD CONSTRUCTION, INC., a Delaware corporation; SILVER STATE STEEL GROUP, INC., a Nevada corporation; SIERRA AIR CONDITIONING, INC., a Nevada corporation; SOUTHWEST GLAZING & WINDOWS, LLC, a Nevada limited liability company; STATE INSULATION, LLC, a Nevada |

3

| | |
|---|---|
| 1 | limited liability company; SUN CITY LANDSCAPES & LAWN MAINTENANCE, |
| 2 | INC., a Nevada corporation; SUNRISE CARPENTRY, INC., an Arizona corporation; T |
| 3 | and F MARBLE & GRANITE, INC., a Nevada corporation; AMERICAN WOODMARK CORP. |
| 4 | dba TIMBERLAKE CABINET COMPANY, a Nevada corporation; AMENDE CABINET |
| 5 | CORPORATION dba TIMBERLAKE CABINET COMPANY, a Virginia corporation; T&R |
| 6 | PAINTING AND DRYWALL, LLC, a Nevada limited liability company; T&R |
| 7 | CONSTRUCTION GROUP dba T&R PAINTING & DRYWALL, INC., a Nevada corporation; |
| 8 | TITAN STAIRS & TRIM, INC., a Nevada corporation; TOWER BUILDERS, LLC, a Nevada |
| 9 | limited liability company; TRI-CITY DRYWALL, INC., a Nevada corporation; ULTIMATE |
| 10 | ELECTRONICS, INC., a Delaware corporation; UNIQUE-SCAPE AND DESIGN, a Nevada |
| 11 | corporation; VALENTE CONCRETE, LLC, a Nevada limited liability company; WESTERN |
| 12 | SHOWER DOOR, INC., a Nevada corporation; WEST COAST COUNTERTOPS, INC., a Nevada |
| 13 | corporation; WEST COAST PROPERTY CONSULTANTS, INC., a California corporation; |
| 14 | WESTCOR CONSTRUCTION, a Nevada corporation; XO WINDOWS NEVADA, LLC, a |
| 15 | Nevada corporation; and ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada limited liability |
| 16 | company, |
| 17 | Third-Party Defendants. |

***ORDER GRANTING THIRD-PARTY DEFENDANT***
***TITAN STAIRS & TRIM, INC.'S MOTION FOR***
***DETERMINATION OF GOOD FAITH SETTLEMENT***

Third-Party Defendant TITAN STAIRS & TRIM, INC.'s *Motion for Determination of Good Faith Settlement* was filed on August 18, 2017 (Document No. 367) and electronically served upon the parties. After examining the pleadings and finding no opposition to the *Motion*:

. . .

. . .

. . .

. . .

4

IT IS HEREBY ORDERED, ADJUDGED and DECREED, that Third Party Defendant Titan Stairs & Trim, Inc.'s settlement in the amount of $2,500.00 was made in good faith within the meaning of NRS 17.245 and, therefore, any and all present and future claims against Titan Stairs & Trim, Inc. for contribution, equitable indemnity, and implied indemnity are discharged with prejudice and barred.

And, **IT IS FURTHER ORDERED, ADJUDGED, and DECREED**, that Third-Party Defendant Titan Stairs & Trim, Inc.'s *Motion for Determination of Good Faith Settlement* is GRANTED pursuant to NRS 17.245.

DATED this 20th day of March, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

GRANT & ASSOCIATES

/s/ *Jeffrey H. Ballin*

_____
JEFFREY H. BALLIN, ESQ.
Nevada Bar No. 004913
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, NV 89113
Phone: (702) 940-3529
Fax: (855) 429-3413

*Attorneys for Third-Party Defendant
Titan Stairs & Trim, Inc.*