JEFFREY H. BALLIN, ESQ.
Nevada Bar No. 004913
GRANT & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, NV 89113
Phone: (702) 940-3529
Fax: (855) 429-3413
jeffrey.ballin@aig.com

*Attorneys for Third-Party Defendant*
    *Kennginton Plastering, Nevada*

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A. BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVAR, Husband and Wife; JEROME A. REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife,

    Plaintiffs,

v.

U.S. HOME CORPORATION and GREYSTONE NEVADA, LLC; and DOES 1 through 100, inclusive,

    Defendants.

Case No. 2:16-cv-01754-RFB-CWH

***ORDER GRANTING THIRD-PARTY DEFENDANT KENNGINTON PLASTERING, NEVADA'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT***

1

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

| | |
|---|---|
| 1 | U.S. HOME CORPORATION and GREYSTONE NEVADA, LLC, |
| 2 | |
| | Third-Party Plaintiffs, |
| 3 | |
| | v. |
| 4 | |
| 5 | THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation; RCR PLUMBING AND MECHANICAL, INC., a California corporation; ATRIUM DOOR AND WINDOW COMPANY - WEST COAST, a Delaware corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; ALLARD ENTERPRISES, INC. dba AR IRON, a Delaware corporation; BEE-LURE PAINTING, a Nevada close corporation; BANKER INSULATION, INC., an Arizona corporation; BRASS2COPPER MECHANICAL, INC., a Nevada corporation; BURNHAM PAINTING & DRYWALL CORP., a Nevada close corporation; CBC FRAMING, INC., a California corporation; C CONSTRUCTION, INC., a Delaware corporation; SELECTBUILD CORPORATION, INC., a Delaware corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada limited liability company; CHICAGO PAINTING, INC., a Nevada corporation; CONCRETE SERVICES, INC., a Nevada corporation; CONTRACT DECOR, INC., an Oklahoma corporation; COOPER ROOFING CO., a Nevada corporation; COOPER ROOFING CO., INC., a Nevada corporation; LUKESTAR CORPORATION dba CHAMPION MASONRY, a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., an Arizona corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS NEVADA, a Nevada corporation; DISTINCTIVE MARBLE, INC., an Arizona corporation; DOUBLE A ELECTRIC, LLC, a Nevada limited liability company; DRI RESIDENTIAL CORPORATION - NEVADA, a Nevada corporation; DRI RESIDENTIAL CORPORATION, a California corporation; EAGLE PLASTERING, INC. fka SUNDANCE PLASTERING, a Nevada corporation; EXECUTIVE PLASTERING, INC., a Nevada corporation; EXECUTIVE PLUMBING, INC., a Nevada corporation; EXTREME CONCRETE, LLC, a Nevada limited liability company; |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | GENERAL ELECTRIC COMPANY, a New York corporation; HARRISON DOOR COMPANY, a Nevada corporation; HOUSTON-STAFFORD ELECTRIC, INC., a Texas corporation; HOUSTON-STAFFORD ELECTRICAL CONTRACTORS LIMITED PARTNERSHIP, a Texas limited liability company; INFINITY BUILDING PRODUCTS, LLC, an Arizona limited liability company; HUTCHINS DRYWALL, INC., a Nevada corporation; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited liability company; JAYAR MANUFACTURING, INC., a Texas corporation; JOHNSON ELECTRIC, INC., a Nevada corporation; KNIPP BROTHERS, INC. dba KBI CONSTRUCTION, an Arizona corporation; K&K DOOR & TRIM, LLC, a Nevada limited liability company; K&K FRAMERS, INC., a Nevada corporation; KENNINGTON PLASTERING NEVADA, a Nevada corporation; LARRY METHVIN INSTALLATIONS, INC., a California corporation; LAS VEGAS CULTURED MARBLE, INC., a Nevada corporation; MASCO CABINETRY, LLC, a Michigan limited liability company; MERILLAT INDUSTRIES, INC., a Michigan corporation; THE MASONRY GROUP NEVADA, INC., a Nevada corporation; NEVADA COUNTERTOP CORPORATION, a Nevada corporation; POWER HOUSE PLASTERING, a Nevada corporation; HIRSCHI MASONRY, LLC, a Nevada limited liability company; NEVADA STAIRS, INC., a Nevada corporation; NEW CRETE, LLC, a Nevada limited liability company; PETERSEN-DEAN, INC., a California company; QUALITY BUILT, LLC, a California limited liability company; QUALITY WOOD PRODUCTS, LTD., a Nevada corporation; RED ROCK MECHANICAL, INC., a Nevada corporation; SACRAMENTO INSULATION CONTRACTORS dba GALE BUILDING PRODUCTS; WEST COAST AIR CONDITIONING, LLC, a Nevada limited liability company; REPUBLIC ELECTRIC, INC., a Nevada corporation; ROADRUNNER DRYWALL CORP., a Nevada corporation; SBS CONSTRUCTION, INC., a Nevada corporation; SELECTBUILD CONSTRUCTION, INC., a Delaware corporation; SILVER STATE STEEL GROUP, INC., a Nevada corporation; SIERRA AIR CONDITIONING, INC., a Nevada corporation; SOUTHWEST GLAZING & WINDOWS, LLC, a Nevada limited liability company; STATE INSULATION, LLC, a Nevada |

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

1  limited liability company; SUN CITY
2  LANDSCAPES & LAWN MAINTENANCE,
   INC., a Nevada corporation; SUNRISE
   CARPENTRY, INC., an Arizona corporation; T
3  and F MARBLE & GRANITE, INC., a Nevada
   corporation; AMERICAN WOODMARK CORP.
4  dba TIMBERLAKE CABINET COMPANY, a
   Nevada corporation; AMENDE CABINET
5  CORPORATION dba TIMBERLAKE CABINET
   COMPANY, a Virginia corporation; T&R
6  PAINTING AND DRYWALL, LLC, a Nevada
   limited liability company; T&R
7  CONSTRUCTION GROUP dba T&R PAINTING
   & DRYWALL, INC., a Nevada corporation;
8  TITAN STAIRS & TRIM, INC., a Nevada
   corporation; TOWER BUILDERS, LLC, a Nevada
9  limited liability company; TRI-CITY DRYWALL,
   INC., a Nevada corporation; ULTIMATE
10 ELECTRONICS, INC., a Delaware corporation;
   UNIQUE-SCAPE AND DESIGN, a Nevada
11 corporation; VALENTE CONCRETE, LLC, a
   Nevada limited liability company; WESTERN
12 SHOWER DOOR, INC., a Nevada corporation;
   WEST COAST COUNTERTOPS, INC., a Nevada
13 corporation; WEST COAST PROPERTY
   CONSULTANTS, INC., a California corporation;
14 WESTCOR CONSTRUCTION, a Nevada
   corporation; XO WINDOWS NEVADA, LLC, a
15 Nevada corporation; and ZEPEDA BROS. PAINT
   & DRYWALL, LLC, a Nevada limited liability
16 company,

17                 Third-Party Defendants.

### ORDER GRANTING THIRD-PARTY DEFENDANT KENNGINTON PLASTERING, NEVADA'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

Third-Party Defendant KENNGINTON PLASTERING, NEVADA's *Motion for Determination of Good Faith Settlement* was filed on October 6, 2017 (Document No. 409) and electronically served upon the parties. After examining the pleadings and finding no opposition to the *Motion*:

. . .

. . .

. . .

4

**IT IS HEREBY ORDERED, ADJUDGED and DECREED,** that Third Party Defendant Kennginton Plastering, Nevada's settlement in the amount of $10,000.00 was made in good faith within the meaning of NRS 17.245 and, therefore, any and all present and future claims against Kennginton Plastering, Nevada for contribution, equitable indemnity, and implied indemnity are discharged with prejudice and barred.

And, **IT IS FURTHER ORDERED, ADJUDGED, and DECREED,** that Third-Party Defendant Kennginton Plastering, Nevada's *Motion for Determination of Good Faith Settlement* is GRANTED pursuant to NRS 17.245.

DATED this ___20th___ day of March, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

GRANT & ASSOCIATES

/s/ *Jeffrey H. Ballin*

_____
JEFFREY H. BALLIN, ESQ.
Nevada Bar No. 004913
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, NV 89113
Phone: (702) 940-3529
Fax: (855) 429-3413

*Attorneys for Third-Party Defendant*
    *Kennginton Plastering, Nevada*