1  Eileen Mulligan Marks, Esq. / Bar No. 005708
   THE MARKS LAW GROUP, LLP
2  1120 Town Center Drive, Suite 200
   Las Vegas, Nevada 89144
3  (702) 341-7870; Fax: (702) 341-8049
   efile@markslg.com
4
   Attorneys for Third-Party Defendant
5  INFINITY BUILDING PRODUCTS, L.L.C.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC; and DOES 1 through 100, inclusive, <br><br> Defendants. <br> U.S. HOME CORPORATION and GREYSTONE NEVADA, LLC, <br><br> Third-Party Plaintiffs, <br><br> v. | Case No. 2:16-cv-01754-RFB-CWH <br><br> **ORDER GRANTING THIRD-PARTY DEFENDANT INFINITY BUILDING PRODUCTS, L.L.C.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |

1

{01020687}

| | |
|---|---|
| 1 | THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; AMERICAN ASPHALT & ) |
| 2 | GRADING COMPANY, a Nevada corporation, ) RCR PLUMBING AND MECHANICAL, INC., ) |
| 3 | a California corporation; ATRIUM DOOR AND ) WINDOW COMPANY – WEST COAST, a ) |
| 4 | Delaware Corporation; ATRIUM DOOR AND ) WINDOW COMPANY OF ARIZONA, a ) |
| 5 | Delaware corporation; ALLARD ) ENTERPRISES, INC. dba AR IRON, a Nevada ) |
| 6 | corporation; BEE-LURE PAINTING, a Nevada ) close corporation; BANKER INSULATION, ) |
| 7 | INC., an Arizona corporation; BRASS2COPPER ) MECHANICAL, INC., a Nevada corporation; ) |
| 8 | BURNHAM PAINTING & DRYWALL CORP., ) a Nevada close-corporation; CBC FRAMING, ) |
| 9 | INC., a California corporation; C ) CONSTRUCTION, INC., a Delaware ) |
| 10 | corporation; SELECTBUILD CORPORATION, ) INC., a Delaware corporation; CAMPBELL ) |
| 11 | CONCRETE OF NEVADA, INC., a Nevada ) corporation; FLOORS-N-MORE, LLC dba ) |
| 12 | CARPETS-N-MORE, a Nevada limited-liability ) company; CHICAGO PAINTING, INC., a ) |
| 13 | Nevada corporation; CONCRETE SERVICES, ) INC., a Nevada corporation; CONTRACT ) |
| 14 | DÉCOR, INC., an Oklahoma corporation; ) COOPER ROOFING CO.; a Nevada ) |
| 15 | corporation; COOPER ROOFING CO., INC., a ) Nevada corporation; LUKESTAR ) |
| 16 | CORPORATION dba CHAMPION ) MASONRY, a Nevada corporation; CUSTOM ) |
| 17 | HEARTH DISTRIBUTORS, INC., a Nevada ) corporation; DAWN FRAMING, INC., a ) |
| 18 | Nevada corporation; CIRCLE S ) DEVELOPMENT CORPORATION dba DECK ) |
| 19 | SYSTEMS NEVADA, a Nevada corporation; ) DISTINCTIVE MARBLE, INC., an Arizona ) |
| 20 | corporation; DOUBLE A ELECTRIC, LLC, a ) Nevada limited-liability company; DRI ) |
| 21 | RESIDENTIAL CORPORATION – NEVADA, ) a Nevada corporation; DRI RESIDENTIAL ) |
| 22 | CORPORATION, a California corporation; ) EAGLE PLASTERING INC. fka SUNDANCE ) |
| 23 | PLASTERING, a Nevada corporation; ) EXECUTIVE PLASTERING, INC., a Nevada ) |
| 24 | corporation; EXECUTIVE PLUMBING, INC., a ) Nevada corporation; EXTREME CONCRETE, ) |
| 25 | LLC, a Nevada limited-liability company; ) GENERAL ELECTRIC COMPANY, a New ) |
| 26 | York corporation; HARRISON DOOR ) COMPANY, a Nevada corporation; ) |
| 27 | HOUSTON-STAFFORD ELECTRIC, INC., a ) Texas corporation; HOUSTON-STAFFORD ) |
| 28 | ELECTRICAL CONTRACTORS LIMITED ) |

{01020687}

| | |
|---|---|
| 1 | PARTNERSHIP, a Texas limited partnership; ) |
| | INFINITY BUILDING PRODUCTS, LLC, an ) |
| 2 | Arizona limited-liability company; HUTCHINS ) |
| | DRYWALL, INC., a Nevada corporation; ) |
| 3 | INTERSTATE PLUMBING & AIR ) |
| | CONDITIONING, LLC, a Nevada limited- ) |
| 4 | liability company; JAYAR ) |
| | MANUFACTURING, INC., a Texas ) |
| 5 | corporation; JOHNSON ELECTRIC, INC., a ) |
| | Nevada corporation; KNIPP BROTHERS, INC. ) |
| 6 | dba KBI CONSTRUCTION, an Arizona ) |
| | corporation; K&K DOOR & TRIM, LLC, a ) |
| 7 | Nevada limited-liability company; K&K ) |
| | FRAMERS, INC., a Nevada corporation; ) |
| 8 | KENNINGTON PLASTERING NEVADA, a ) |
| | Nevada corporation; LARRY METHVIN ) |
| 9 | INSTALLATIONS, INC., a California ) |
| | corporation; LAS VEGAS CULTURED ) |
| 10 | MARBLE, INC., a Nevada corporation; ) |
| | MASCO CABINETRY, LLC, a Michigan ) |
| 11 | limited-liability company; MERILLAT ) |
| | INDUSTRIES, INC., a Michigan corporation; ) |
| 12 | THE MASONRY GROUP NEVADA, INC., a ) |
| | Nevada corporation; NEVADA COUNTERTOP ) |
| 13 | CORPORATION, a Nevada corporation; ) |
| | POWER HOUSE PLASTERING, a Nevada ) |
| 14 | corporation; HIRSCHI MASONRY, LLC, a ) |
| | Nevada limited-liability company, NEVADA ) |
| 15 | STAIRS, INC., a Nevada corporation; NEW ) |
| | CRETE, LLC, a Nevada limited-liability ) |
| 16 | company; PETERSEN-DEAN, INC., a ) |
| | California company; QUALITY BUILT, LLC, a ) |
| 17 | California limited-liability company; QUALITY ) |
| | WOOD PRODUCTS, LTD., a Nevada ) |
| 18 | corporation; RED ROCK MECHANICAL, LLC, ) |
| | a Nevada limited liability company; ) |
| 19 | SACRAMENTO INSULATION ) |
| | CONTRACTORS dba GALE BUILDING ) |
| 20 | PRODUCTS; WEST COAST AIR ) |
| | CONDITIONING, LLC, a Nevada limited- ) |
| 21 | liability company; REPUBLIC ELECTRIC, ) |
| | INC., a Nevada corporation; ROADRUNNER ) |
| 22 | DRYWALL CORP. a Nevada corporation; SBS ) |
| | CONSTRUCTION, INC., a Nevada corporation; ) |
| 23 | SELECTBUILD CONSTRUCTION, INC., a ) |
| | Delaware corporation; SILVER STATE STEEL ) |
| 24 | GROUP, INC., a Nevada corporation; SIERRA ) |
| | AIR CONDITIONING, INC., a Nevada ) |
| 25 | corporation; SILVER STATE FIREPLACES, ) |
| | INC., a Nevada corporation; SOUTHWEST ) |
| 26 | GLAZING & WINDOWS, LLC, a Nevada ) |
| | limited-liability company; STATE ) |
| 27 | INSULATION, LLC, a Nevada limited-liability ) |
| | company; SUN CITY LANDSCAPES & ) |
| 28 | LAWN MAINTENANCE, INC., a Nevada ) |

| | |
|---|---|
| corporation; SUNRISE CARPENTRY, INC., an Arizona corporation; T AND F MARBLE & GRANITE, INC., a Nevada corporation; AMERICAN WOODMARK CORP. dba TIMBERLAKE CABINET COMPANY, a Nevada corporation; AMENDE' CABINET CORPORATION dba TIMBERLAKE CABINET COMPANY, a Virginia corporation; T&R PAINTING AND DRYWALL, LLC, a Nevada limited-liability company; T&R CONSTRUCTION GROUP dba T&R PAINTING AND DRYWALL, INC., a Nevada corporation; TITAN STAIRS & TRIM, INC., a Nevada corporation; TOWER BUILDERS, LLC, a Nevada limited-liability company; TRI-CITY DRYWALL, INC., a Nevada corporation; ULTIMATE ELECTRONICS, INC., a Delaware corporation; UNIQUE-SCAPE AND DESIGN, a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; WESTERN SHOWER DOOR, INC., a Nevada corporation; WEST COAST COUNTERTOPS, INC., a Nevada corporation; WEST COAST PROPERTY CONSULTANTS, INC., a California corporation; WESTCOR CONSTRUCTION, a Nevada corporation; XO WINDOWS NEVADA, LLC, a Nevada corporation; and ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada limited-liability company,<br><br>                    Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER GRANTING THIRD-PARTY DEFENDANT INFINITY BUILDING PRODUCTS, L.L.C.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**

Third-Party Defendant INFINITY BUILDING PRODUCTS, L.L.C.'s Motion for Determination of Good Faith Settlement was filed on January 5, 2018. The Court, having reviewed the pleadings and papers on file herein, being aware that INFINITY BUILDING PRODUCTS, L.L.C. agrees to pay $500.00 exclusive of any and all additional insured obligations, receiving no Opposition, and good cause appearing, rules as follows:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Third-Party Defendant INFINITY BUILDING PRODUCTS, L.L.C.'s Motion for Determination of Good Faith Settlement is hereby GRANTED in the amount of $500.00 pursuant to NRS 17.245, and any and all claims for

contribution or for equitable or implied indemnity are discharged and barred. Additional insured obligations, if any, are excluded.

**IT IS SO ORDERED.**

Dated: March 26, 2018.

										_____
										RICHARD F. BOULWARE, II
										DISTRICT COURT JUDGE

Submitted by:

THE MARKS LAW GROUP, LLP

By: _____
Eileen Mulligan Marks, Esq.
Bar No. 005708
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144

Attorneys for Third-Party Defendant
INFINITY BUILDING PRODUCTS, L.L.C.

{01020687}