SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
**PAUL D. BALLOU, ESQ.**
Nevada Bar No. 6894
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
ssplaine@lgclawoffice.com
pballou@lgclawoffice.com

Attorneys for Third-Party Defendant,
K&K FRAMERS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARY ANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A. BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A. REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife, <br><br> Plaintiffs, <br><br>v.<br><br>U.S. HOME CORPORATION and GREYSTONE NEVADA, LLC; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO: 2:16-cv-01754-RFB-CWH <br><br> [~~PROPOSED~~] ORDER GRANTING THIRD-PARTY DEFENDANT K&K FRAMERS, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT |

-1-

| | |
|---|---|
| 1 | U.S. HOME CORPORATION and GREYSTONE NEVADA, LLC, |
| 2 | |
| | Third-Party Plaintiffs, |
| 3 | |
| | v. |
| 4 | |
| 5 | THE A.C. HOUSTON LUMBER COMPANY, a Nevada Corporation; AMERICAN ASPHALT & GRADING COMPANY, a Nevada Corporation; RCR PLUMBING AND MECHANICAL, INC., a California Corporation; ATRIUM DOOR AND WINDOW COMPANY – WEST COAST, a Delaware Corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware Corporation; ALLARD ENTERPRISES, INC. dba AR IRON, a Nevada Corporation; BEE-LURE PAINTING, a Nevada Close Corporation; BANKER INSULATION, INC., an Arizona Corporation; BRASS2COPPER MECHANICAL, INC., a Nevada Corporation; BURNHAM PAINTING & DRYWALL CORP., a Nevada Close Corporation; CBC FRAMING, INC., a California Corporation; C CONSTRUCTION, INC., a Delaware Corporation;  SELECTBUILD CORPORATION, INC., a Delaware Corporation; CAMPBELL CONCRETE OF NEVADA, LLC, a Nevada Corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada Limited Liability Company; CHICAGO PAINTING, INC., a Nevada Corporation; CONCRETE SERVICES, INC., a Nevada Corporation; CONTRACT DÉCOR, INC., an Oklahoma Corporation; COOPER ROOFING CO., a Nevada Corporation; COOPER ROOFING CO., INC., a Nevada Corporation; LUKESTAR CORPORATION dba CHAMPION MASONRY, a Nevada Corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada Corporation; DAWN FRAMING, INC., a Nevada Corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS NEVADA, a Nevada Corporation; DISTINCTIVE MARBLE, INC., an Arizona Corporation; DOUBLE A ELECTRIC, LLC, a Nevada Limited Liability Company; DRI RESIDENTIAL CORPORATION – NEVADA, a Nevada Corporation; DRI RESIDENTIAL CORPORATION, a California Corporation; EAGLE PLASTERING, INC. fka SUNDANCE PLASTERING, a Nevada Corporation; EXECUTIVE PLASTERING, INC., a Nevada Corporation; EXECUTIVE PLUMBING, INC., a Nevada Corporation; EXTREME CONCRETE, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | LLC a Nevada Limited Liability Company; TRUE TEAM PARTNER, LLC dba GALE |
| 2 | BUILDING PRODUCTS, a Nevada Limited Liability Company; GENERAL ELECTRIC |
| 3 | COMPANY, a New York Corporation; HARRISON DOOR COMPANY, a Nevada |
| 4 | Corporation; HOUSTON-STAFFORD ELECTRIC, INC., a Texas Corporation; |
| 5 | HOUSTON-STAFFORD ELECTRICAL CONTRACTORS LIMITED PARTNERSHIP, a |
| 6 | Texas Limited Partnership; INFINITY BUILDING PRODUCTS, LLC, an Arizona |
| 7 | Limited Liability Company; HUTCHINS DRYWALL, INC., a Nevada Corporation; |
| 8 | INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada Limited |
| 9 | Liability Company; JAYAR MANUFACTURING, INC., a Texas |
| 10 | Corporation; JOHNSON ELECTRIC, INC., a Nevada Corporation; KNIPP BROTHERS, INC. |
| 11 | dba KBI CONSTRUCTION, an Arizona Corporation; K&K DOOR & TRIM, LLC, a |
| 12 | Nevada Limited Liability Company; K&K FRAMERS, LLC, a Nevada Limited Liability |
| 13 | Company; KENNINGTON PLASTERING NEVADA, a Nevada Corporation; LARRY |
| 14 | METHVIN INSTALLATIONS, INC., a California Corporation; LAS VEGAS |
| 15 | CULTURED MARBLE, INC., a Nevada Corporation; MASCO CABINETRY, LLC, a |
| 16 | Michigan Limited Liability Company; MERILLAT INDUSTRIES, INC., a Michigan |
| 17 | Corporation; THE MASONRY GROUP NEVADA, INC., a Nevada Corporation; |
| 18 | NEVADA COUNTERTOP CORPORATION, a Nevada Corporation; POWER HOUSE |
| 19 | PLASTERING, a Nevada Corporation; HIRSCHI MASONRY, LLC, a Nevada Limited |
| 20 | Liability Company; NEVADA STAIRS, INC., a Nevada Corporation; NEW CRETE, LLC, a |
| 21 | Nevada Limited Liability Company; PETERSEN-DEAN, INC., a California |
| 22 | Corporation; QUALITY BUILT, LLC, a California Limited Liability Company; |
| 23 | QUALITY WOOD PRODUCTS, LTD., a Nevada Corporation; RED ROCK |
| 24 | MECHANICAL, LLC, a Nevada Limited Liability Company; WEST COAST AIR |
| 25 | CONDITIONING, LLC, a Nevada Limited Liability Company; REPUBLIC ELECTRIC, |
| 26 | INC., a Nevada Corporation; ROADRUNNER DRYWALL CORP., a Nevada Corporation; SBS |
| 27 | CONSTRUCTION, INC., a Nevada Corporation; SELECTBUILD CONSTRUCTION, INC., a |
| 28 | Delaware Corporation; SILVER STATE STEEL GROUP, INC. a Nevada Corporation; SIERRA |

| | |
|---|---|
| 1 | AIR CONDITIONING, INC., a Nevada Corporation; SILVER STATE FIREPLACES, INC., a Nevada Corporation; SOUTHWEST GLAZING & WINDOWS, LLC, a Nevada Limited Liability Company; STATE INSULATION, LLC, a Nevada Limited Liability Company; SUN CITY LANDSCAPES & LAWN MAINTENANCE, INC., a Nevada Corporation; SUNRISE CARPENTRY, INC., an Arizona Corporation; T AND F MARBLE & GRANITE, INC., a Nevada Corporation; AMERICAN WOODMARK CORP. dba TIMBERLAKE CABINET COMPANY, a Nevada Corporation; AMENDE' CABINET CORPORATION dba TIMBERLAKE CABINET COMPANY, a Virginia Corporation; T&R PAINTING AND DRYWALL, LLC, a Nevada Limited Liability Company; T&R CONCRETE REPAIR AND DESIGN, INC., a Utah Corporation; TITAN STAIRS & TRIM, INC., a Nevada Corporation; TOWER BUILDERS, LLC, a Nevada Limited Liability Company; TRI-CITY DRYWALL, INC., a Nevada Corporation; ULTIMATE ELECTRONICS, INC., a Delaware Corporation; UNIQUE-SCAPE AND DESIGN, a Nevada Corporation; VALENTE CONCRETE, LLC, a Nevada Limited Liability Company; WESTERN SHOWER DOOR, INC., a Nevada Corporation; WEST COAST COUNTERTOPS, INC., a Nevada Corporation; WEST COAST PROPERTY CONSULTANTS, INC., a California Corporation; WESTCOR CONSTRUCTION, a Nevada Corporation; XO WINDOWS NEVADA, LLC, a Nevada Limited Liability Company; ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada Limited Liability Company,<br><br>      Third-Party Defendants. |

Third-Party Defendant, K&K FRAMERS, INC.'s Motion for Determination of Good Faith Settlement having been filed on August 18, 2017, having received no response in opposition to the Motion, and the Court having considered the Motion:

IT IS HEREBY ORDERED that Third-Party Defendant K&K FRAMERS, INC.'s Motion for Determination of Good Faith Settlement is hereby GRANTED pursuant to NRS 17.245 in the amount of THIRTY-FOUR THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS ($34,500.00).

-4-

Further, the Court finds as follows:

1. The settlement entered into between Third-Party Plaintiffs U.S. HOME CORPORATION and GREYSTONE NEVADA, LLC and Third-Party Defendant K&K FRAMERS, INC. in the amount of **$34,500.00** is just, fair and reasonable and entered into in good faith; and

2. Any and all present or future cross-claims, counterclaims or third-party claims against K&K FRAMERS, INC., either pending or prospective, for contribution, and equitable or implied indemnity are hereby dismissed with prejudice, and otherwise barred, pursuant to NRS 17.245.

DATED this __1st__ day of May, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

**LINCOLN, GUSTAFSON & CERCOS, LLP**

_____
**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
**PAUL D. BALLOU, ESQ.**
Nevada Bar No. 6894
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Attorneys for Third-Party Defendant,
K&K FRAMERS, INC.

v:\k-o\lopez(bachman)_kkf_main\atty notes\drafts\pldgs\20171107_ordr_mdgf_kkf_sdi.docx