**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
**PAUL D. BALLOU, ESQ.**
Nevada Bar No. 6894
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
ssplaine@lgclawoffice.com
pballou@lgclawoffice.com

Attorneys for Third-Party Defendant,
SBS CONSTRUCTION SERVICES OF NEVADA, LLC
(erroneously sued as SBS CONSTRUCTION, INC.)

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARY ANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A. BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A. REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. HOME CORPORATION and GREYSTONE NEVADA, LLC; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO: 2:16-cv-01754-RFB-CWH<br><br>[~~PROPOSED~~] ORDER GRANTING THIRD-PARTY DEFENDANT SBS CONSTRUCTION SERVICES OF NEVADA, LLC'S (erroneously sued as SBS CONSTRUCTION, INC.) MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT |

| | |
|---|---|
| 1 | U.S. HOME CORPORATION and GREYSTONE NEVADA, LLC, |
| 2 | |
| | Third-Party Plaintiffs, |
| 3 | |
| | v. |
| 4 | |
| 5 | THE A.C. HOUSTON LUMBER COMPANY, a Nevada Corporation; AMERICAN ASPHALT & GRADING COMPANY, a Nevada Corporation; |
| 6 | RCR PLUMBING AND MECHANICAL, INC., a California Corporation; ATRIUM DOOR AND |
| 7 | WINDOW COMPANY – WEST COAST, a Delaware Corporation; ATRIUM DOOR AND |
| 8 | WINDOW COMPANY OF ARIZONA, a Delaware Corporation; ALLARD |
| 9 | ENTERPRISES, INC. dba AR IRON, a Nevada Corporation; BEE-LURE PAINTING, a Nevada |
| 10 | Close Corporation; BANKER INSULATION, INC., an Arizona Corporation; BRASS2COPPER |
| 11 | MECHANICAL, INC., a Nevada Corporation; BURNHAM PAINTING & DRYWALL CORP., |
| 12 | a Nevada Close Corporation; CBC FRAMING, INC., a California Corporation; C |
| 13 | CONSTRUCTION, INC., a Delaware Corporation; SELECTBUILD CORPORATION, |
| 14 | INC., a Delaware Corporation; CAMPBELL CONCRETE OF NEVADA, LLC, a Nevada |
| 15 | Corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada Limited |
| 16 | Liability Company; CHICAGO PAINTING, INC., a Nevada Corporation; CONCRETE |
| 17 | SERVICES, INC., a Nevada Corporation; CONTRACT DÉCOR, INC., an Oklahoma |
| 18 | Corporation; COOPER ROOFING CO., a Nevada Corporation; COOPER ROOFING CO., |
| 19 | INC., a Nevada Corporation; LUKESTAR CORPORATION dba CHAMPION MASONRY, |
| 20 | a Nevada Corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada Corporation; |
| 21 | DAWN FRAMING, INC., a Nevada Corporation; CIRCLE S DEVELOPMENT |
| 22 | CORPORATION dba DECK SYSTEMS NEVADA, a Nevada Corporation; |
| 23 | DISTINCTIVE MARBLE, INC., an Arizona Corporation; DOUBLE A ELECTRIC, LLC, a |
| 24 | Nevada Limited Liability Company; DRI RESIDENTIAL CORPORATION – NEVADA, |
| 25 | a Nevada Corporation; DRI RESIDENTIAL CORPORATION, a California Corporation; |
| 26 | EAGLE PLASTERING, INC. fka SUNDANCE PLASTERING, a Nevada Corporation; |
| 27 | EXECUTIVE PLASTERING, INC., a Nevada Corporation; EXECUTIVE PLUMBING, INC., a |
| 28 | Nevada Corporation; EXTREME CONCRETE, LLC a Nevada Limited Liability Company; |

| | |
|---|---|
| 1 | TRUE TEAM PARTNER, LLC dba GALE BUILDING PRODUCTS, a Nevada Limited Liability Company; GENERAL ELECTRIC COMPANY, a New York Corporation; HARRISON DOOR COMPANY, a Nevada Corporation; HOUSTON-STAFFORD ELECTRIC, INC., a Texas Corporation; HOUSTON-STAFFORD ELECTRICAL CONTRACTORS LIMITED PARTNERSHIP, a Texas Limited Partnership; INFINITY BUILDING PRODUCTS, LLC, an Arizona Limited Liability Company; HUTCHINS DRYWALL, INC., a Nevada Corporation; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada Limited Liability Company; JAYAR MANUFACTURING, INC., a Texas Corporation; JOHNSON ELECTRIC, INC., a Nevada Corporation; KNIPP BROTHERS, INC. dba KBI CONSTRUCTION, an Arizona Corporation; K&K DOOR & TRIM, LLC, a Nevada Limited Liability Company; K&K FRAMERS, LLC, a Nevada Limited Liability Company; KENNINGTON PLASTERING NEVADA, a Nevada Corporation; LARRY METHVIN INSTALLATIONS, INC., a California Corporation; LAS VEGAS CULTURED MARBLE, INC., a Nevada Corporation; MASCO CABINETRY, LLC, a Michigan Limited Liability Company; MERILLAT INDUSTRIES, INC., a Michigan Corporation; THE MASONRY GROUP NEVADA, INC., a Nevada Corporation; NEVADA COUNTERTOP CORPORATION, a Nevada Corporation; POWER HOUSE PLASTERING, a Nevada Corporation; HIRSCHI MASONRY, LLC, a Nevada Limited Liability Company; NEVADA STAIRS, INC., a Nevada Corporation; NEW CRETE, LLC, a Nevada Limited Liability Company; PETERSEN-DEAN, INC., a California Corporation; QUALITY BUILT, LLC, a California Limited Liability Company; QUALITY WOOD PRODUCTS, LTD., a Nevada Corporation; RED ROCK MECHANICAL, LLC, a Nevada Limited Liability Company; WEST COAST AIR CONDITIONING, LLC, a Nevada Limited Liability Company; REPUBLIC ELECTRIC, INC., a Nevada Corporation; ROADRUNNER DRYWALL CORP., a Nevada Corporation; SBS CONSTRUCTION, INC., a Nevada Corporation; SELECTBUILD CONSTRUCTION, INC., a Delaware Corporation; SILVER STATE STEEL GROUP, INC. a Nevada Corporation; SIERRA AIR CONDITIONING, INC., a Nevada Corporation; SILVER STATE FIREPLACES, |

| | |
|---|---|
| 1 | INC., a Nevada Corporation; SOUTHWEST GLAZING & WINDOWS, LLC, a Nevada Limited Liability Company; STATE INSULATION, LLC, a Nevada Limited Liability Company; SUN CITY LANDSCAPES & LAWN MAINTENANCE, INC., a Nevada Corporation; SUNRISE CARPENTRY, INC., an Arizona Corporation; T AND F MARBLE & GRANITE, INC., a Nevada Corporation; AMERICAN WOODMARK CORP. dba TIMBERLAKE CABINET COMPANY, a Nevada Corporation; AMENDE' CABINET CORPORATION dba TIMBERLAKE CABINET COMPANY, a Virginia Corporation; T&R PAINTING AND DRYWALL, LLC, a Nevada Limited Liability Company; T&R CONCRETE REPAIR AND DESIGN, INC., a Utah Corporation; TITAN STAIRS & TRIM, INC., a Nevada Corporation; TOWER BUILDERS, LLC, a Nevada Limited Liability Company; TRI-CITY DRYWALL, INC., a Nevada Corporation; ULTIMATE ELECTRONICS, INC., a Delaware Corporation; UNIQUE-SCAPE AND DESIGN, a Nevada Corporation; VALENTE CONCRETE, LLC, a Nevada Limited Liability Company; WESTERN SHOWER DOOR, INC., a Nevada Corporation; WEST COAST COUNTERTOPS, INC., a Nevada Corporation; WEST COAST PROPERTY CONSULTANTS, INC., a California Corporation; WESTCOR CONSTRUCTION, a Nevada Corporation; XO WINDOWS NEVADA, LLC, a Nevada Limited Liability Company; ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada Limited Liability Company, |
| | Third-Party Defendants. |

Third-Party Defendant, SBS CONSTRUCTION SERVICES OF NEVADA, LLC's (erroneously sued as SBS CONSTRUCTION, INC.) Motion for Determination of Good Faith Settlement having been filed on August 18, 2017, having received no response in opposition to the Motion, and the Court having considered the Motion:

IT IS HEREBY ORDERED that Third-Party Defendant SBS CONSTRUCTION SERVICES OF NEVADA, LLC's Motion for Determination of Good Faith Settlement is hereby GRANTED pursuant to NRS 17.245 in the amount of NINE THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS **($9,750.00)**.

Further, the Court finds as follows:

1. The settlement entered into between Third-Party Plaintiffs U.S. HOME CORPORATION and GREYSTONE NEVADA, LLC and Third-Party Defendant SBS CONSTRUCTION SERVICES OF NEVADA, LLC in the amount of **$9,750.00** is just, fair and reasonable and entered into in good faith; and

2. Any and all present or future cross-claims, counterclaims or third-party claims against SBS CONSTRUCTION SERVICES OF NEVADA, LLC, either pending or prospective, for contribution, and equitable or implied indemnity are hereby dismissed with prejudice, and otherwise barred, pursuant to NRS 17.245.

DATED this  1st   day of May, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

**LINCOLN, GUSTAFSON & CERCOS, LLP**

_____
**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
**PAUL D. BALLOU, ESQ.**
Nevada Bar No. 6894
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Attorneys for Third-Party Defendant,
SBS CONSTRUCTION SERVICES OF
NEVADA, LLC (erroneously sued as SBS
CONSTRUCTION, INC.)

v:\k-o\lopez(bachman)_sbs\atty notes\drafts\pldgs\20171108_ordr_mdgf_sdi.docx