CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
DAVID R. GORDON, ESQ.
Nevada State Bar No. 11579
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 367-8899
(702) 384-8899 (FAX)
E-mail: cluh@luhlaw.com
E-mail: dgordon@luhlaw.com
Attorneys for Third-Party Defendant
HARRISON DOOR COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife,<br><br>    Plaintiffs,<br><br>  vs.<br><br>U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC; and DOES 1 | CASE NO.  2:16-cv-01754-RFB-CWH<br><br><br>Order Granting Third-Party Defendant Harrison Door Company's Motion for Determination of Good Faith Settlement |

through 100, inclusive,

Defendants.

U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC;

DATE: N/A
TIME: N/A

Defendant/Third-Party Plaintiff,

vs.

THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation, RCR PLUMBING AND MECHANICAL, INC., a California corporation; ATRIUM DOOR AND WINDOW COMPANY – WEST COAST, a Delaware Corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; ALLARD ENTERPRISES, INC. dba AR IRON, a Nevada corporation; BEE-LURE PAINTING, a Nevada close corporation; BANKER INSULATION, INC., an Arizona corporation; BRASS2COPPER MECHANICAL, INC., a Nevada corporation; BURNHAM PAINTING & DRYWALL CORP., a Nevada close-corporation; CBC FRAMING, INC., a California corporation; C CONSTRUCTION, INC., a Delaware corporation; SELECTBUILD CORPORATION, INC., a Delaware corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada limited-liability company; CHICAGO PAINTING, INC., a Nevada corporation; CONCRETE SERVICES, INC., a Nevada corporation; CONTRACT DÉCOR, INC., an Oklahoma corporation; COOPER ROOFING CO.; a Nevada corporation; COOPER ROOFING CO., INC., a Nevada corporation; LUKESTAR CORPORATION dba CHAMPION MASONRY, a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS NEVADA, a Nevada corporation; DISTINCTIVE MARBLE, INC., an Arizona corporation; DOUBLE A ELECTRIC, LLC, a Nevada limited-liability company; DRI

| | |
|---|---|
| 1 | RESIDENTIAL CORPORATION – NEVADA, a Nevada corporation; DRI RESIDENTIAL |
| 2 | CORPORATION, a California corporation; EAGLE PLASTERING, INC. fka SUNDANCE |
| 3 | PLASTERING, a Nevada corporation; EXECUTIVE PLASTERING, INC., a Nevada |
| 4 | corporation; EXECUTIVE PLUMBING, INC., a Nevada corporation; EXTREME CONCRETE, |
| 5 | LLC, a Nevada limited-liability company; TRUE TEAM PARTNER, LLC dba GALE BUILDING |
| 6 | PRODUCTS, a Nevada limited-liability company; GENERAL ELECTRIC COMPANY, a New York |
| 7 | corporation; HARRISON DOOR COMPANY, a Nevada corporation; HOUSTON-STAFFORD |
| 8 | ELECTRIC, INC., a Texas corporation; HOUSTON-STAFFORD ELECTRICAL |
| 9 | CONTRACTORS LIMITED PARTNERSHIP, a Texas limited partnership; INFINITY BUILDING |
| 10 | PRODUCTS, LLC, an Arizona limited-liability company; HUTCHINS DRYWALL, INC., a |
| 11 | Nevada corporation; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited- |
| 12 | liability company; JAYAR MANUFACTURING, INC., a Texas corporation; JOHNSON ELECTRIC, |
| 13 | INC., a Nevada corporation; KNIPP BROTHERS, INC. dba KBI CONSTRUCTION, an Arizona |
| 14 | corporation; K&K DOOR & TRIM, LLC, a Nevada limited-liability company; K&K FRAMERS, LLC, a |
| 15 | Nevada limited-liability company; KENNINGTON PLASTERING NEVADA, a Nevada corporation; |
| 16 | LARRY METHVIN INSTALLATIONS, INC., a California corporation; LAS VEGAS CULTURED |
| 17 | MARBLE, INC., a Nevada corporation; MASCO CABINETRY, LLC, a Michigan limited-liability |
| 18 | company; MERILLAT INDUSTRIES, INC., a Michigan corporation; THE MASONRY GROUP |
| 19 | NEVADA, INC., a Nevada corporation; NEVADA COUNTERTOP CORPORATION, a Nevada |
| 20 | corporation; POWER HOUSE PLASTERING, a Nevada corporation; HIRSCHI MASONRY, LLC, a |
| 21 | Nevada limited-liability company, NEVADA STAIRS, INC., a Nevada corporation; NEW |
| 22 | CRETE, LLC, a Nevada limited-liability company; PETERSEN-DEAN, INC., a California company; |
| 23 | QUALITY BUILT, LLC, a California limited-liability company; QUALITY WOOD PRODUCTS, |
| 24 | LTD., a Nevada corporation; RED ROCK |
| 25 | |

MECHANICAL, LLC, a Nevada limited liability company; WEST COAST AIR CONDITIONING, LLC, a Nevada limited-liability company; REPUBLIC ELECTRIC, INC., a Nevada corporation; ROADRUNNER DRYWALL CORP., a Nevada corporation; SBS CONSTRUCTION, INC., a Nevada corporation; SELECTBUILD CONSTRUCTION, INC., a Delaware corporation; SILVER STATE STEEL GROUP, INC., a Nevada corporation; SIERRA AIR CONDITIONING, INC., a Nevada corporation; SILVER STATE FIREPLACES, INC., a Nevada corporation; SOUTHWEST GLAZING & WINDOWS, LLC, a Nevada limited-liability company; STATE INSULATION, LLC, a Nevada limited-liability company; SUN CITY LANDSCAPES & LAWN MAINTENANCE, INC., a Nevada corporation; SUNRISE CARPENTRY, INC., an Arizona corporation; T AND F MARBLE & GRANITE, INC., a Nevada corporation; AMERICAN WOODMARK CORP. dba TIMBERLAKE CABINET COMPANY, a Nevada corporation; AMENDE' CABINET CORPORATION dba TIMBERLAKE CABINET COMPANY, a Virginia corporation; T&R PAINTING AND DRYWALL, LLC, a Nevada limited-liability company; T&R CONCRETE REPAIR AND DESIGN, INC., a Utah corporation; TITAN STAIRS & TRIM, INC., a Nevada corporation; TOWER BUILDERS, LLC, a Nevada limited-liability company; TRI-CITY DRYWALL, INC., a Nevada corporation; ULTIMATE ELECTRONICS, INC., a Delaware corporation; UNIQUE-SCAPE AND DESIGN, a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; WESTERN SHOWER DOOR, INC., a Nevada corporation; WEST COAST COUNTERTOPS, INC., a Nevada corporation; WEST COAST PROPERTY CONSULTANTS, INC., a California corporation; WESTCOR CONSTRUCTION, a Nevada corporation; XO WINDOWS NEVADA, LLC, a Nevada corporation; and ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada limited-liability company,

Third-Party Defendants.

HAVING COME regular for hearing the **6th** day of **March 2018**

IT IS HEREBY ORDERED that Third-Party Defendant, HARRISON DOOR COMPANY's Motion for Determination of Good Faith Settlement is hereby GRANTED.

Accordingly, the Court finds as follows:

1. The settlement entered between PLAINTIFFS, THIRD-PARTY PLAINTIFFS/DEFENDANTS, and HARRISON DOOR COMPANY in the amount of **$300.00** (Three Hundred Dollars and 0/100) to be made on behalf HARRISON DOOR COMPANY's insurance carriers, was just, fair, reasonable, and entered into in good faith;

2. The Complaint, Third-Party Complaint, and all amendments thereto of PLAINTIFFS/DEFENDANTS, and THIRD-PARTY PLAINTIFFS/DEFENDANTS against HARRISON DOOR COMPANY for contribution, equitable or implied indemnity are hereby dismissed with prejudice as to HARRISON DOOR COMPANY only;

3. Any and all present or future claims, third-party claims or cross-claims against HARRISON DOOR COMPANY for contribution, and equitable or implied indemnity are hereby barred pursuant to NRS § 17.245.

/ / /

/ / /

4. The settlement entered between THIRD-PARTY PLAINTIFFS and HARRISON DOOR COMPANY does not include any additional insured obligations (if any).

**IT IS SO ORDERED.**

DATED this __1st__ day of May, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ David R. Gordon*
_____
CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
DAVID R. GORDON, ESQ.
Nevada State Bar No. 11579
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 367-8899
(702) 384-8899 (FAX)
Attorneys for Third-Party Defendant
HARRISON DOOR COMPANY