**RESNICK & LOUIS, P.C.**
Gary W. Call, Esq. SBN 6922
gcall@rlattorneys.com
Laura Boezeman-Farias, Esq. SBN 8380
lbfarias@rlattorneys.com
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Third-Party Defendant,*
*Cooper Roofing Company, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife, <br><br> Plaintiffs. <br><br> v. | CASE NO.: 2:16-cv-01754-RFB-CWH <br><br><br> **ORDER GRANTING THIRD-PARTY DEFENDANT COOPER ROOFING COMPANY,INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |

U.S. HOME CORPORATION AND
GREYSTONE NEVADA, LLC; and DOES 1
through 100, inclusive,

Defendants.

U.S. HOME CORPORATION AND
GREYSTONE NEVADA, LLC,

Third-Party Plaintiffs.

v.

THE A.C. HOUSTON LUMBER
COMPANY, a Nevada corporation;
AMERICAN ASPHALT & GRADING
COMPANY, a Nevada corporation, RCR
PLUMBING AND MECHANICAL, INC., a
California corporation; ATRIUM DOOR AND
WINDOW COMPANY – WEST COAST, a
Delaware Corporation; ATRIUM DOOR AND
WINDOW COMPANY OF ARIZONA, a
Delaware corporation; ALLARD
ENTERPRISES, INC. dba AR IRON, a
Nevada corporation; BEE-LURE PAINTING,
a Nevada close corporation; BANKER
INSULATION, INC., an Arizona corporation;
BRASS2COPPER MECHANICAL, INC., a
Nevada corporation; BURNHAM PAINTING
& DRYWALL CORP., a Nevada close
corporation; CBC FRAMING, INC., a
California corporation; C CONSTRUCTION,
INC., a Delaware corporation; SELECTBUILD
CORPORATION, INC., a Delaware
corporation; CAMPBELL CONCRETE OF
NEVADA, INC., a Nevada corporation;
FLOORS-N-MORE, LLC dba CARPETS-N-
MORE, a Nevada limited liability company;
CHICAGO PAINTING, INC., a Nevada
corporation; CONCRETE SERVICES, INC., a
Nevada corporation; CONTRACT DÉCOR,
INC., an Oklahoma corporation; COOPER
ROOFING CO.; a Nevada corporation;
COOPER ROOFING CO., INC., a Nevada
corporation; LUKESTAR CORPORATION
dba CHAMPION MASONRY, a Nevada
corporation; CUSTOM HEARTH

DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS NEVADA, a Nevada corporation; DISTINCTIVE MARBLE, INC., an Arizona corporation; DOUBLE A ELECTRIC, LLC, a Nevada limited-liability company; DRI RESIDENTIAL CORPORATION – NEVADA, a Nevada corporation; DRI RESIDENTIAL CORPORATION, a California corporation; EAGLE PLASTERING, INC., fka SUNDANCE PLASTERING, a Nevada corporation; EXECUTIVE PLASTERING, INC., a Nevada corporation; EXECUTIVE PLUMBING, INC., a Nevada corporation; EXTREME CONCRETE, LLC, a Nevada limited-liability company; TRUE TEAM PARTNER, LLC dba GALE BUILDING PRODUCTS, a Nevada limited-liability company; GENERAL ELECTRIC COMPANY, a New York corporation; HARRISON DOOR COMPANY, a Nevada corporation; HOUSTON-STAFFORD ELECTRIC, INC., a Texas corporation; HOUSTON-STAFFORD ELECTRICAL CONTRACTORS LIMITED PARTNERSHIP, a Texas limited partnership; INFINITY BUILDING PRODUCTS, LLC, an Arizona limited-liability company; HUTCHINS DRYWALL, INC., a Nevada corporation; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited-liability company; JAYAR MANUFACTURING, INC., a Texas corporation; JOHNSON ELECTRIC, INC., a Nevada corporation; KNIPP BROTHERS, INC. dba KBI CONSTRUCTION, an Arizona corporation; K&K DOOR & TRIM, LLC, a Nevada limited-liability company; K&K FRAMERS, LLC, a Nevada limited-liability company; KENNINGTON PLASTERING NEVADA, a Nevada corporation; LARRY METHVIN INSTALLATIONS, INC., a California corporation; LAS VEGAS CULTURED MARBLE, INC., a Nevada

corporation; MASCO CABINETRY, LLC, a
Michigan limited-liability company;
MERILLAT INDUSTRIES, INC., a Michigan
corporation; THE MASONRY GROUP
NEVADA, INC., a Nevada corporation;
NEVADA COUNTERTOP CORPORATION,
a Nevada corporation; POWER HOUSE
PLASTERING, a Nevada corporation;
HIRSCHI MASONRY, LLC, a Nevada
limited-liability company, NEVADA STAIRS,
INC., a Nevada corporation; NEW CRETE,
LLC, a Nevada limited-liability company;
PETERSEN-DEAN, INC., a California
company; QUALITY BUILT, LLC, a
California limited-liability company;
QUALITY WOOD PRODUCTS, LTD., a
Nevada corporation; RED ROCK
MECHANICAL, LLC, a Nevada limited
liability company; WEST COAST AIR
CONDITIONING, LLC, a Nevada limited
liability company; REPUBLIC ELECTRIC
INC., a Nevada corporation; ROADRUNNER
DRYWALL CORP., a Nevada corporation;
SBS CONSTRUCTION, INC., a Nevada
corporation; SELECTBUILD
CONSTRUCTION, INC., a Delaware
corporation; SILVER STATE STEEL
GROUP, INC., a Nevada corporation;
SIERRA AIR CONDITIONING, INC., a
Nevada corporation; SILVER STATE
FIREPLACES, INC., a Nevada corporation;
SOUTHWEST GLAZING & WINDOWS,
LLC, a Nevada limited-liability company;
STATE INSULATION, LLC, a Nevada
limited-liability company; SUN CITY
LANDSCAPES & LAWN MAINTENANCE,
INC., a Nevada corporation; SUNRISE
CARPENTRY, INC., an Arizona corporation;
T AND F MARBLE & GRANITE, INC., a
Nevada corporation; AMERICAN
WOODMARK CORP. dba TIMBERLAKE
CABINET COMPANY, a Nevada
corporation; AMENDE' CABINET
CORPORATION dba TIMBERLAKE
CABINET COMPANY, a Virginia
corporation; T&R PAINTING AND
DRYWALL, LLC, a Nevada limited-liability

4

company; T&R CONCRETE REPAIR AND DESIGN, INC., a Utah corporation; TITAN STAIRS & TRIM, INC., a Nevada corporation; TOWER BUILDERS, LLC, a Nevada limited-liability company; TRI-CITY DRYWALL, INC., a Nevada corporation; ULTIMATE ELECTRONICS, INC., a Delaware corporation; UNIQUE-SCAPE AND DESIGN, a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; WESTERN SHOWER DOOR, INC., a Nevada corporation; WEST COAST COUNTERTOPS, INC., a Nevada corporation; WEST COAST PROPERTY CONSULTANTS, INC., a California corporation; WESTCOR CONSTRUCTION, a Nevada corporation; XO WINDOWS NEVADA, LLC, a Nevada corporation; and ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada limited-liability company,

Third-Party Defendants.

Third-Party Defendant COOPER ROOFING COMPANY, INC.'S ("COOPER ROOFING"), Motion for Determination of Good Faith Settlement having been filed in the above-entitled action on October 19, 2017, having received no response in opposition to the Motion, and the Court having considered the Motion:

IT IS HEREBY ORDERED that Third-Party Defendant, COOPER ROOFING'S Motion for Determination of Good Faith Settlement is hereby GRANTED pursuant to NRS 17.245 in the amount of Six Thousand Dollars and No/100 ($6,000.00).

The Court further finds as follows:

1.  The settlement entered into between Third-Party Plaintiff U.S. Home Corporation and Greystone Nevada, LLC and Third-Party Defendant COOPER ROOFING in the amount of $6,000.00 is just, fair and reasonable and entered into in good faith; and

2. Any and all present or future cross-claims, counterclaims or third-party claims against COOPER ROOFING, either pending or prospective, for contribution, equitable or implied indemnity are hereby dismissed with prejudice, and otherwise barred, pursuant to NRS 17.245.

DATED this ___31st___ day of May, 2018.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

RESNICK & LOUIS, P.C.

By: _Laura Boezeman-Farias_

Gary W. Call, Esq. SBN 6922
Laura Boezeman-Farias, Esq. SBN 8380
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
*Attorneys for Third-Party Defendant*
*Cooper Roofing Company, Inc.*