CARRIE E. HURTIK, ESQ.
Nevada Bar No. 7028
**HURTIK LAW & ASSOCIATES**
7866 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 966-5200 Telephone
(702) 966-5206 Facsimile
churtik@hurtiklaw.com

Attorney for Third-Party Defendant,
LARRY METHVIN INSTALLATIONS, INC.

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLE ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A. BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A. REYES; PAUL E. MELENDEX; SCOTT & HOLLY MORTLEY, Husband and Wife, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC and DOES 1 through 100, inclusive, | Case No.: 2:16-cv-01754-~~GMN~~-CWH <br> RFB <br><br> **ORDER GRANTING THIRD-PARTY DEFENDANT LARRY METHVIN INSTALLATIONS, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |

1

| | |
|---|---|
| 1 | Defendants. |
| 2 | |
| 3 | U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC and DOES 1 through 100, inclusive, |
| 4 | |
| 5 | , |
| 6 | Third-Party Plaintiffs, |
| 7 | v. |
| 8 | THE A.C. HOUSTON., a Nevada Corporation; AMERICAN ASPHALT & GRADING COMPANY, a Nevada Corporation; RCR PLUMBING AND MECHANICAL, INC., a California Corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware Corporation; ALLARD ENTERPRISES, INC dba AR IRON, a Nevada Corporation; BEE-LURE PAINTING, a Nevada Close Corporation, BANKER INSULATION, INC., an Arizona Corporation; BRASS2COPPER MECHANICAL, INC., a Nevada Corporation; BURNHAM PAINTING & DRYWALL CORP., a Nevada Close Corporation; CBC FRAMING, INC., a California Corporation; C CONSTRUCTION INC., a Delaware Corporation; SELECTBUILD CORPORATION, INC., a Delaware Corporation; CAMPBELL CONCRETE OF NEVADA INC., a Nevada Corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada Limited-Liability Company; CONCRETE SERVICES, INC., a Nevada Corporation; CONTRACT DÉCOR, INC., an Oklahoma Corporation; COOPER ROOFING CO. INC., a Nevada Corporation; LUKESTAR CORPORATION dba CHAMPION MASONRY, a Nevada Corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada Corporation; DAWN FRAMING, INC., a Nevada Corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS NEVADA, a Nevada Corporation; DISTINCTIVE MARBLE, INC., an Arizona Corporation; DOUBLE A ELECTRIC, LLC, a Nevada Limited Liability Company; DRI |

| | |
|---|---|
| 1 | RESIDENTIAL CORPORATION, a California Corporation; EAGLE PLASTERING, INC. fka SUNDANCE PLASTERING, a Nevada Corporation; EXECUTIVE PLASTERING., a Nevada Corporation; EXECUTIVE PLUMBING, INC., a Nevada Limited Liability Company; TRUE TEAM PARTNER, LLC dba GALE BUILDING PRODUCTS, a Nevada Limited Liability Company; GENERAL ELECTRIC COMPANY, a New York Corporation; HARRISON DOOR COMPANY, a Nevada Corporation; HOUSTON-STAFFORD ELECTRICAL, a Texas Corporation; HOUSTON-STAFFORD ELECTRICAL CONTRACTORS LIMITED PARTNERSHIP, a Texas limited partnership; INFINITY BUILDING PRODUCTS, LLC, an Arizona limited-liability company; HUTCHINS DRYWALL, INC., a Nevada Corporation; INTERSTATE PLUMBING and AIR CONDITIONING, LLC, a Nevada limited-liability company; JAYAR MANUFACTURING, INC., a Texas Corporation; JOHNSON ELECTRIC, INC., a Nevada Corporation; KNIPP BROTHERS, INC. dba KBI CONSTRUCTION, an Arizona corporation; K & K DOOR & TRIM, LLC, a Nevada Limited-Liability Company; KENNINGTON PLASTERING NEVADA, a Nevada Corporation; LARRY METHVIN INSTALLATIONS, INC., a California Corporation; LAS VEGAS CULTURED MARBLE, INC., a Nevada Corporation; MASCO CABINETRY, LLC, a Michigan Limited-Liability company; MERILLAT INDUSTRIES, INC., a Michigan Corporation; THE MASONRY GROUP NEVADA, INC., a Nevada Corporation; NEVADA COUNTERTOP CORPORATION, a Nevada Corporation; POWER HOUSE PLASTERING, a Nevada Corporation; HIRSCHI MASONRY, LLC, a Nevada Limited-Liability Company; QUALITY BUILT, LLC, a California Company; QUALITY WOOD PRODUCTS, LTD a Nevada Corporation; RED ROCK MECHANICAL, LLC, a Nevada limited Liability Company; WEST COAST AIR CONDITIONING, LLC, a Nevada Limited- |

| | |
|---|---|
| 1 | Liability Company; REPUBLIC ELECTRIC, INC., a Nevada Corporation; ROADRUNNER |
| 2 | DRYWALL CORP., a Nevada Corporation; SBS CORPORATION, INC., a Nevada |
| 3 | Corporation; SELECTBUILD |
| 4 | CONSTRUCTION, INC., a Delaware Corporation; SILVER STATE STEEL GROUP, |
| 5 | INC., a Nevada Corporation; SIERRA AIR CONDITIONING, INC., a Nevada Corporation; |
| 6 | SILVER STATE FIREPLACES, INC., a Nevada Corporation; SOUTHWEST |
| 7 | GLAZING & WINDOWS, LLC, a Nevada Limited-Liability Company; SUN CITY |
| 8 | LANDSCAPES & LAWN MAINTENANCE, |
| 9 | INC., a Nevada Corporation; SUNRISE CARPENTRY, INC., an Arizona Corporation; T |
| 10 | AND F MARBLE & GRANITE, INC., a Nevada Corporation; AMERICAN |
| 11 | WOOMARK CORP. dba TIMBERLAKE |
| 12 | CABINET COMPANY, a Nevada Corporation; AMENDE' CABINET CORPORATION dba |
| 13 | TIMERLAKE CABINET COMPANY, a Virgina Corporation; T&R PAINTING AND |
| 14 | DRYWALL, LLC, a Nevada Limited-Liability Company; T & R CONCRETE REPAIR AND |
| 15 | DESIGN, INC., a Utah Company; TITAN STAIRS & TRIM, INC., a Nevada Corporation; |
| 16 | TOWER BUILDERS, LLC, a Nevada Limited- |
| 17 | Liability Company; TRI-CITY DRYWALL, INC., a Nevada Corporation; ULTIMATE |
| 18 | ELECTRONICS, INC., a Delaware Corporation; UNIQUE-SCAPE AND DESIGN, |
| 19 | a Nevada Corporation; VALENTE CONCRETE |
| 20 | LLC, a Nevada Limited-Liability Company; WESTERN SHOWER DOOR, INC., a Nevada |
| 21 | Corporation; WEST COAST COUNTERTOPS, INC., a Nevada Corporation; WEST COAST |
| 22 | PROPERTY CONSULTANTS, INC., a California Corporation; XO WINDOWS |
| 23 | NEVADA, LLC, a Nevada Corporation; and |
| 24 | ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada Limited Liability Company, |
| 25 | |
| 26 | Third-Party Defendants. |

27
28  Third-Party Defendant LARRY METHVIN INSTALLATIONS', ("LMI") Motion for

4

Determination of Good Faith Settlement having been filed in the above entitled action on December 10, 2017, having received no response in opposition to the motion and the Court having considered the Motion:

IT IS HEREBY ORDERED that Third-Party Defendant, LMI'S Motion for Determination of Good Faith Settlement is hereby GRANTED pursuant to NRS 17.245 in the amount of Four Thousand Dollars and Zero Cents ($4,000.00).

The Court further finds as follows:

1. The settlement entered into between Third-Party Plaintiff U.S. Home Corporation and Greystone Nevada, LLC and Third-Party Defendant LMI in the amount of Four-Thousand Dollars and Zero Cents ($4,000.00) is just, fair, and reasonable and entered into in good faith; and

2. Any and all present or future cross-claims, counterclaims or third-party claims against LMI, either pending or prospective, for contribution, equitable or implied indemnity are hereby dismissed with prejudice, and otherwise barred, pursuant to NRS 17.245.

Dated this 31st day of May, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by;
HURTIK LAW & ASSOCIATES

BY: _____
Carrie E. Hurtik, Esq. SBN 7028
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Attorney for Third-Party Defendant,
LARRY METHVIN INSTALLATIONS, INC

5