1  LUCIAN GRECO, JR., ESQ.
   BREMER WHYTE BROWN & O'MEARA LLP
2  1160 N. TOWN CENTER DRIVE
   SUITE 250
3  LAS VEGAS, NV 89144
   TELEPHONE:  (702) 258-6665
4  FACSIMILE:  (702) 258-6662
   lgreco@bremerwhyte.com
5
   Attorneys for Third-Party Defendants,
6  EAGLE PLASTERING, INC. fka SUNDANCE
   PLASTERING and EXECUTIVE PLASTERING,
7  INC.

8              **UNITED STATES DISTRICT COURT**

9                 **DISTRICT OF NEVADA**

10

11  BRITTANY & ANTHONY LOPEZ, et          )  Case No. 2:16-cv-01754-GMN-CWH
    al.,                                  )
12                                        )  **ORDER GRANTING THIRD-**
            Plaintiffs,                   )  **PARTY DEFENDANTS EAGLE**
13                                        )  **PLASTERING, INC. FKA**
         vs.                              )  **SUNDANCE PLASTERING AND**
14                                        )  **EXECUTIVE PLASTERING,**
    U.S. HOME CORPORATION;                )  **INC.'S MOTION FOR**
15  GREYSTONE NEVADA, LLC; and            )  **DETERMINATION OF GOOD**
    DOES 1 through 100, inclusive,        )  **FAITH SETTLEMENT**
16                                        )
            Defendants.                   )
17                                        )
                                          )
18  ───────────────────────────          )
    AND RELATED CROSS-ACTIONS.            )
19  ───────────────────────────          )

20          Third-Party Defendants, EAGLE PLASTERING, INC. fka SUNDANCE PLASTERING

21  ("SUNDANCE") and EXECUTIVE PLASTERING, INC.'S ("EXECUTIVE") Motion for

22  Determination of Good Faith Settlement was filed on September 18, 2017.  The Court, having

23  reviewed all of the papers and pleadings on file herein and no opposition having been filed against

24  said Motion, and good cause appearing, therefore:

25  / / /

26  / / /

27  / / /

28  / / /

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

H:\1115\159\CF\Order MFGF 2.docx

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Third-Party Defendants SUNDANCE AND EXECUTIVE'S Motion for Determination of Good Faith Settlement is hereby GRANTED in the amount of FORTY ONE THOUSAND DOLLARS AND 00/100 CENTS ($41,000.00), exclusive of any additional insured obligations, pursuant to NRS 17.245.

DATED this 11th of June, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully Submitted by:
BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Lucian J. Greco, Jr., Esq.
Nevada State Bar No. 10600
Attorney for Third-Party Defendants
EAGLE PLASTERING, INC. fka SUNDANCE PLASTERING
and EXECUTIVE PLASTERING, INC.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

H:\1115\159\CF\Order MFGF 2.docx