Gregory H. King
Nevada Bar No. 7777
ghk@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd, Suite 220
Las Vegas, NV 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants and Third-Party Plaintiffs
U.S. HOME CORPORATION
and GREYSTONE NEVADA, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01754-RFB-CWH<br><br>**STIPULATION/ JOINT MOTION TO DISMISS THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT SIERRA AIR CONDITIONING, INC. WITH PREJUDICE** |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

| | |
|---|---|
| 1 | U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC, |
| 2 | |
| | Third-Party Plaintiffs. |
| 3 | |
| | v. |
| 4 | |
| 5 | THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; AMERICAN ASPHALT & GRADING |
| 6 | COMPANY, a Nevada corporation, RCR PLUMBING AND MECHANICAL, INC., a |
| 7 | California corporation; ATRIUM DOOR AND WINDOW COMPANY – WEST COAST, a |
| 8 | Delaware Corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a |
| 9 | Delaware corporation; ALLARD ENTERPRISES, INC. dba AR IRON, a |
| 10 | Nevada corporation; BEE-LURE PAINTING, a Nevada close corporation; BANKER |
| 11 | INSULATION, INC., an Arizona corporation; BRASS2COPPER MECHANICAL, INC., a |
| 12 | Nevada corporation; BURNHAM PAINTING & DRYWALL CORP., a Nevada close- |
| 13 | corporation; CBC FRAMING, INC., a California corporation; C CONSTRUCTION, |
| 14 | INC., a Delaware corporation; SELECTBUILD CORPORATION, INC., a |
| 15 | Delaware corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada |
| 16 | corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada limited- |
| 17 | liability company; CHICAGO PAINTING, INC., a Nevada corporation; CONCRETE |
| 18 | SERVICES, INC., a Nevada corporation; CONTRACT DÉCOR, INC., an Oklahoma |
| 19 | corporation; COOPER ROOFING CO.; a Nevada corporation; COOPER ROOFING |
| 20 | CO., INC., a Nevada corporation; LUKESTAR CORPORATION dba CHAMPION |
| 21 | MASONRY, a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada |
| 22 | corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S |
| 23 | DEVELOPMENT CORPORATION dba DECK SYSTEMS NEVADA, a Nevada |
| 24 | corporation; DISTINCTIVE MARBLE, INC., an Arizona corporation; DOUBLE A |
| 25 | ELECTRIC, LLC, a Nevada limited-liability company; DRI RESIDENTIAL |
| 26 | CORPORATION – NEVADA, a Nevada corporation; DRI RESIDENTIAL |
| 27 | CORPORATION, a California corporation; EAGLE PLASTERING, INC. fka |
| 28 | SUNDANCE PLASTERING, a Nevada |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

1 corporation; EXECUTIVE PLASTERING, INC., a Nevada corporation; EXECUTIVE
2 PLUMBING, INC., a Nevada corporation; EXTREME CONCRETE, LLC, a Nevada
3 limited-liability company; TRUE TEAM PARTNER, LLC dba GALE BUILDING
4 PRODUCTS, a Nevada limited-liability company; GENERAL ELECTRIC
5 COMPANY, a New York corporation; HARRISON DOOR COMPANY, a Nevada
6 corporation; HOUSTON-STAFFORD ELECTRIC, INC., a Texas corporation;
7 HOUSTON-STAFFORD ELECTRICAL CONTRACTORS LIMITED PARTNERSHIP,
8 a Texas limited partnership; INFINITY BUILDING PRODUCTS, LLC, an Arizona
9 limited-liability company; HUTCHINS DRYWALL, INC., a Nevada corporation;
10 INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited-
11 liability company; JAYAR MANUFACTURING, INC., a Texas
12 corporation; JOHNSON ELECTRIC, INC., a Nevada corporation; KNIPP BROTHERS,
13 INC. dba KBI CONSTRUCTION, an Arizona corporation; K&K DOOR & TRIM, LLC, a
14 Nevada limited-liability company; K&K FRAMERS, LLC, a Nevada limited-liability
15 company; KENNINGTON PLASTERING NEVADA, a Nevada corporation; LARRY
16 METHVIN INSTALLATIONS, INC., a California corporation; LAS VEGAS
17 CULTURED MARBLE, INC., a Nevada corporation; MASCO CABINETRY, LLC, a
18 Michigan limited-liability company; MERILLAT INDUSTRIES, INC., a Michigan
19 corporation; THE MASONRY GROUP NEVADA, INC., a Nevada corporation;
20 NEVADA COUNTERTOP CORPORATION, a Nevada corporation; POWER HOUSE
21 PLASTERING, a Nevada corporation; HIRSCHI MASONRY, LLC, a Nevada
22 limited-liability company, NEVADA STAIRS, INC., a Nevada corporation; NEW CRETE,
23 LLC, a Nevada limited-liability company; PETERSEN-DEAN, INC., a California
24 company; QUALITY BUILT, LLC, a California limited-liability company;
25 QUALITY WOOD PRODUCTS, LTD., a Nevada corporation; RED ROCK
26 MECHANICAL, LLC, a Nevada limited liability company; WEST COAST AIR
27 CONDITIONING, LLC, a Nevada limited-liability company; REPUBLIC ELECTRIC,
28 INC., a Nevada corporation; ROADRUNNER

4834-9751-7407.1 -3-

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

1 | DRYWALL CORP., a Nevada corporation; SBS CONSTRUCTION, INC., a Nevada corporation; SELECTBUILD CONSTRUCTION, INC., a Delaware corporation; SILVER STATE STEEL GROUP, INC., a Nevada corporation; SIERRA AIR CONDITIONING, INC., a Nevada corporation; SILVER STATE FIREPLACES, INC., a Nevada corporation; SOUTHWEST GLAZING & WINDOWS, LLC, a Nevada limited-liability company; STATE INSULATION, LLC, a Nevada limited-liability company; SUN CITY LANDSCAPES & LAWN MAINTENANCE, INC., a Nevada corporation; SUNRISE CARPENTRY, INC., an Arizona corporation; T AND F MARBLE & GRANITE, INC., a Nevada corporation; AMERICAN WOODMARK CORP. dba TIMBERLAKE CABINET COMPANY, a Nevada corporation; AMENDE' CABINET CORPORATION dba TIMBERLAKE CABINET COMPANY, a Virginia corporation; T&R PAINTING AND DRYWALL, LLC, a Nevada limited-liability company; T&R CONCRETE REPAIR AND DESIGN, INC., a Utah corporation; TITAN STAIRS & TRIM, INC., a Nevada corporation; TOWER BUILDERS, LLC, a Nevada limited-liability company; TRI-CITY DRYWALL, INC., a Nevada corporation; ULTIMATE ELECTRONICS, INC., a Delaware corporation; UNIQUE-SCAPE AND DESIGN, a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; WESTERN SHOWER DOOR, INC., a Nevada corporation; WEST COAST COUNTERTOPS, INC., a Nevada corporation; WEST COAST PROPERTY CONSULTANTS, INC., a California corporation; WESTCOR CONSTRUCTION, a Nevada corporation; XO WINDOWS NEVADA, LLC, a Nevada corporation; and ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada limited-liability company,

Third-Party Defendants.

It is hereby stipulated and agreed to between Defendants/Third-Party Plaintiffs U.S. Home Corporation and Greystone Nevada, LLC, by and through their attorney of record Sarah J. Odia of the law firm of PAYNE & FEARS, LLP and Third-Party Defendant Sierra Air Conditioning, Inc. by and through its attorneys of record Charlie Luh, Esq. and David R. Gordon, Esq. of the law

4834-9751-7407.1 -4-

firm of LUH & ASSOCIATES that the Third-Party Complaint against Sierra Air Conditioning, Inc. is hereby dismissed with prejudice, along with any and all claims against Sierra Air Conditioning, Inc. in this matter, each party is to bear their own attorneys' fees and costs.

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion." This stipulation is between the third-party plaintiffs and only one of the several third-party defendants in this case. Accordingly, it should be treated as joint motion under LR 7-1(c).

DATED this 15th day of June, 2018

PAYNE & FEARS LLP

By  */s/ Sarah J. Odia*
SARAH J. ODIA, NV Bar No. 11053
6385 S. Rainbow Blvd, Suite 220
Las Vegas, Nevada 89118
Tel. (702) 851-0300

Attorneys for Defendants and Third-Party Plaintiffs
U.S. HOME CORPORATION
and GREYSTONE NEVADA, LLC

DATED this 15th day of June, 2018

LUH & ASSOCIATES

By  */s/ David Rodd Gordon*
Charlie Luh, NV Bar No. 6726
David Ross Gordon, NV Bar No. 11579
8987 W. Flamingo Rd., Ste. 100
Las Vegas, NV 89147
702-367-8899

Attorneys for Third-Party Defendant
SIERRA AIR CONDITIONING, INC.

**<u>ORDER</u>**

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion." This stipulation is between the third-party plaintiffs and only one of the several third-party defendants in this case. Accordingly, it should be treated as a joint motion under LR 7-1(c).

Based on the stipulation/joint motion of third-party U.S. Home Corporation and Greystone Nevada, LLC; and third-party defendant, Sierra Air Conditioning, Inc., and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims against Sunrise Carpentry, Inc. are DISMISSED with prejudice, each party to bear its own fees and costs.

DATED this 26th day of June, 2018



UNITED STATES DISTRICT JUDGE

-6-

4834-9751-7407.1