Gregory H. King
Nevada Bar No. 7777
ghk@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd, Suite 220
Las Vegas, NV 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants and Third-Party Plaintiffs
U.S. HOME CORPORATION
and GREYSTONE NEVADA, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITTANY & ANTHONY LOPEZ, Husband and Wife; PAULA EARL-MCCONICO & WILLIE MCCONICO, Husband and Wife; MARTIN & VERONICA FREEMAN, Husband and Wife; TIMMY LE & NGUYEN TRINH, Husband and Wife; GERDA PIERROT; SHAWN YBARRA; SHELBY MCEVOY & KENNETH PFEIFER, Husband and Wife; PABLO ECHEVARRIA & PATREASE ASHLEY, Husband and Wife; NICHOLAS SPELDRICH & MARYANN UNDIS; SHUREN ZHANG & PING YUE, Husband and Wife; ROBYN COOPER; LINDA YARBROUGH; SOON LEWIS; NICOLE JENKINS; MATTHEW BACHMAN & TIMOTHY THOMPSON; STEVE FELDMAN; JENNIFER DURHAM; JENNIFER HOUGHLAND; SETH & KRISTAL MACKERT, Husband and Wife; LILLIE A BANKS; NATHAN & KYLEE REEDER; DEREK BAO & NICOLE SHINAVER, Husband and Wife; JEROME A REYES; PAUL E. MELENDEZ; SCOTT & HOLLY WORTLEY, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01754-RFB-CWH<br><br>**STIPULATION/ JOINT MOTION TO DISMISS THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT HOUSTON-STAFFORD ELECTRIC, INC. WITH PREJUDICE** |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

| | |
|---|---|
| 1 | U.S. HOME CORPORATION AND GREYSTONE NEVADA, LLC, |
| 2 | |
| | Third-Party Plaintiffs. |
| 3 | |
| | v. |
| 4 | |
| 5 | THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation, RCR PLUMBING AND MECHANICAL, INC., a California corporation; ATRIUM DOOR AND WINDOW COMPANY – WEST COAST, a Delaware Corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; ALLARD ENTERPRISES, INC. dba AR IRON, a Nevada corporation; BEE-LURE PAINTING, a Nevada close corporation; BANKER INSULATION, INC., an Arizona corporation; BRASS2COPPER MECHANICAL, INC., a Nevada corporation; BURNHAM PAINTING & DRYWALL CORP., a Nevada close-corporation; CBC FRAMING, INC., a California corporation; C CONSTRUCTION, INC., a Delaware corporation; SELECTBUILD CORPORATION, INC., a Delaware corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada limited-liability company; CHICAGO PAINTING, INC., a Nevada corporation; CONCRETE SERVICES, INC., a Nevada corporation; CONTRACT DÉCOR, INC., an Oklahoma corporation; COOPER ROOFING CO.; a Nevada corporation; COOPER ROOFING CO., INC., a Nevada corporation; LUKESTAR CORPORATION dba CHAMPION MASONRY, a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS NEVADA, a Nevada corporation; DISTINCTIVE MARBLE, INC., an Arizona corporation; DOUBLE A ELECTRIC, LLC, a Nevada limited-liability company; DRI RESIDENTIAL CORPORATION – NEVADA, a Nevada corporation; DRI RESIDENTIAL CORPORATION, a California corporation; EAGLE PLASTERING, INC. fka |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

| | |
|---|---|
| 1 | SUNDANCE PLASTERING, a Nevada corporation; EXECUTIVE PLASTERING, |
| 2 | INC., a Nevada corporation; EXECUTIVE PLUMBING, INC., a Nevada corporation; |
| 3 | EXTREME CONCRETE, LLC, a Nevada limited-liability company; TRUE TEAM |
| 4 | PARTNER, LLC dba GALE BUILDING PRODUCTS, a Nevada limited-liability |
| 5 | company; GENERAL ELECTRIC COMPANY, a New York corporation; |
| 6 | HARRISON DOOR COMPANY, a Nevada corporation; HOUSTON-STAFFORD |
| 7 | ELECTRIC, INC., a Texas corporation; HOUSTON-STAFFORD ELECTRICAL |
| 8 | CONTRACTORS LIMITED PARTNERSHIP, a Texas limited partnership; |
| 9 | INFINITY BUILDING PRODUCTS, LLC, an Arizona limited-liability company; |
| 10 | HUTCHINS DRYWALL, INC., a Nevada corporation; INTERSTATE PLUMBING & |
| 11 | AIR CONDITIONING, LLC, a Nevada limited-liability company; JAYAR |
| 12 | MANUFACTURING, INC., a Texas corporation; JOHNSON ELECTRIC, INC., a |
| 13 | Nevada corporation; KNIPP BROTHERS, INC. dba KBI CONSTRUCTION, an Arizona |
| 14 | corporation; K&K DOOR & TRIM, LLC, a Nevada limited-liability company; K&K |
| 15 | FRAMERS, LLC, a Nevada limited-liability company; KENNINGTON PLASTERING |
| 16 | NEVADA, a Nevada corporation; LARRY METHVIN INSTALLATIONS, INC., a |
| 17 | California corporation; LAS VEGAS CULTURED MARBLE, INC., a Nevada |
| 18 | corporation; MASCO CABINETRY, LLC, a Michigan limited-liability company; |
| 19 | MERILLAT INDUSTRIES, INC., a Michigan corporation; THE MASONRY GROUP |
| 20 | NEVADA, INC., a Nevada corporation; NEVADA COUNTERTOP CORPORATION, |
| 21 | a Nevada corporation; POWER HOUSE PLASTERING, a Nevada corporation; |
| 22 | HIRSCHI MASONRY, LLC, a Nevada limited-liability company, NEVADA STAIRS, |
| 23 | INC., a Nevada corporation; NEW CRETE, LLC, a Nevada limited-liability company; |
| 24 | PETERSEN-DEAN, INC., a California company; QUALITY BUILT, LLC, a |
| 25 | California limited-liability company; QUALITY WOOD PRODUCTS, LTD., a |
| 26 | Nevada corporation; RED ROCK MECHANICAL, LLC, a Nevada limited |
| 27 | liability company; WEST COAST AIR CONDITIONING, LLC, a Nevada limited- |
| 28 | liability company; REPUBLIC ELECTRIC, |

4847-2172-4506.1 -3-

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

INC., a Nevada corporation; ROADRUNNER DRYWALL CORP., a Nevada corporation; SBS CONSTRUCTION, INC., a Nevada corporation; SELECTBUILD CONSTRUCTION, INC., a Delaware corporation; SILVER STATE STEEL GROUP, INC., a Nevada corporation; SIERRA AIR CONDITIONING, INC., a Nevada corporation; SILVER STATE FIREPLACES, INC., a Nevada corporation; SOUTHWEST GLAZING & WINDOWS, LLC, a Nevada limited-liability company; STATE INSULATION, LLC, a Nevada limited-liability company; SUN CITY LANDSCAPES & LAWN MAINTENANCE, INC., a Nevada corporation; SUNRISE CARPENTRY, INC., an Arizona corporation; T AND F MARBLE & GRANITE, INC., a Nevada corporation; AMERICAN WOODMARK CORP. dba TIMBERLAKE CABINET COMPANY, a Nevada corporation; AMENDE' CABINET CORPORATION dba TIMBERLAKE CABINET COMPANY, a Virginia corporation; T&R PAINTING AND DRYWALL, LLC, a Nevada limited-liability company; T&R CONCRETE REPAIR AND DESIGN, INC., a Utah corporation; TITAN STAIRS & TRIM, INC., a Nevada corporation; TOWER BUILDERS, LLC, a Nevada limited-liability company; TRI-CITY DRYWALL, INC., a Nevada corporation; ULTIMATE ELECTRONICS, INC., a Delaware corporation; UNIQUE-SCAPE AND DESIGN, a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; WESTERN SHOWER DOOR, INC., a Nevada corporation; WEST COAST COUNTERTOPS, INC., a Nevada corporation; WEST COAST PROPERTY CONSULTANTS, INC., a California corporation; WESTCOR CONSTRUCTION, a Nevada corporation; XO WINDOWS NEVADA, LLC, a Nevada corporation; and ZEPEDA BROS. PAINT & DRYWALL, LLC, a Nevada limited-liability company,

                Third-Party Defendants.

//

//

4847-2172-4506.1        -4-

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

It is hereby stipulated and agreed to between Defendants/Third-Party Plaintiffs U.S. Home Corporation and Greystone Nevada, LLC, by and through their attorney of record Sarah J. Odia of the law firm of PAYNE & FEARS, LLP and Third-Party Defendant Houston-Stafford Electric, Inc.by and through its attorney of record Christopher A Turtzo, Esq. of the law firm of MORRIS, SULLIVAN, LEMKUL & PITEGOFF that the Third-Party Complaint against Houston-Stafford Electric, Inc. is hereby dismissed with prejudice, along with any and all claims against Houston-Stafford Electric, Inc.in this matter, each party is to bear their own attorneys' fees and costs.

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion." This stipulation is between the third-party plaintiffs and only one of the several third-party defendants in this case. Accordingly, it should be treated as joint motion under LR 7-1(c).

DATED this 22 day of June, 2018

PAYNE & FEARS LLP

By /s/ Sarah J. Odia
SARAH J. ODIA, NV Bar No. 11053
6385 S. Rainbow Blvd, Suite 220
Las Vegas, Nevada 89118
Tel. (702) 851-0300

Attorneys for Defendants and Third-Party Plaintiffs
U.S. HOME CORPORATION
and GREYSTONE NEVADA, LLC

DATED this 22 day of June, 2018

MORRIS, SULLIVAN, LEMKUL & PITEGOFF

By /s/ Christopher A. Turtzo
CHRISTOPHER A TURTZO, ESQ.
NV Bar No. 10253
3770 Howard Hughes Parkway, Suite 170
Las Vegas, NV 89169
Tel. (702) 405-8100

Attorneys for Third-Party Defendant
HOUSTON-STAFFORD ELECTRIC, INC.

## ORDER

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion." This stipulation is between the third-party plaintiffs and only one of the several third-party defendants in this case. Accordingly, it should be treated as a joint motion under LR 7-1(c).

Based on the stipulation/joint motion of third-party U.S. Home Corporation and Greystone Nevada, LLC; and third-party defendant, Houston-Stafford Electric, Inc., and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims against Houston-Stafford Electric, Inc., are DISMISSED with prejudice, each party to bear its own fees and costs.

DATED this 26th day of June, 2018



_____
UNITED STATES DISTRICT JUDGE

\